# UNITED STATES DISTRICT COURT

District of      Columbia

William A. Mack

V.

**SUMMONS IN A CIVIL CASE**

The Washington Post Company

CAS      CASE NUMBER   1:06CV01144

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 06/23/2006

TO: (Name and address of Defendant)

The Washington Post Company
CT Corporation System, Registered Agent
1015 15th Street, NW, #1000
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nils Peterson
2009 N. 14th Street, Suite 708
Arlington, VA   22201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 23 2006

CLERK

DATE

_Lauren Higgins_

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-27-06  12:15 PM |
| NAME OF SERVER (PRINT) PAUL SPALDING | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *Corporate Service on Registered Agent. Served Anthony Serrette, Authorized Agent to Accept Service for CT Corporate Systems*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-27-06
           *Date*                    *Signature of Server*

Alliance Legal Services, Inc.
P.O. Box 523078
*Address of Server*
Springfield, VA 22152

**RECEIVED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.