UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MACK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE WASHINGTON POST COMPANY, )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 06-1144 (PLF) |

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES COURT OF THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Defendant WP Company, LLC, d/b/a The Washington Post ("The Post"), improperly pled as The Washington Post Company, certify that to the best of my knowledge and belief, Defendant has no outstanding securities in the hands of the public. Defendant is a wholly owned subsidiary of The Washington Post Company, which has outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

DATED: July 17, 2006

                                                      /s/
                                     Jacqueline M. Holmes (D.C. Bar No. 450357)
                                     Michelle N. Johnson (D.C. Bar No. 491910)
                                     JONES DAY
                                     51 Louisiana Avenue N.W.
                                     Washington, D.C.  20001
                                     Telephone:  (202) 879-3939
                                     Facsimile:  (202) 626-1700

                                     ATTORNEYS FOR DEFENDANT