UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM A. MACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-1144 (PLF) |
| | ) | |
| THE WASHINGTON POST COMPANY, | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PROPOSED SCHEDULING ORDER

The parties hereby respectfully propose that the following schedule govern this matter:

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures: | September 6, 2006 |
| Joinder of Parties/Amendment of Pleadings | September 22, 2006 |
| Plaintiff's Expert Disclosures: | January 5, 2007 |
| Close of Fact Discovery: | January 19, 2007 |
| Defendant's Expert Disclosures: | February 5, 2007 |
| Expert Depositions Completed: | March 5, 2007 |
| Dispositive Motions Due: | April 5, 2007 |
| Final Pretrial Conference: | To be held within 14 days after Ruling on dispositive motion(s). |

SO ORDERED:


_____
The Honorable Paul L. Friedman