UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| WILLIAM A. MACK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1144 (PLF) |
| THE WASHINGTON POST CO., | ) ) ) | |
| Defendant. | ) ) | |

ORDER OF REFERRAL

This matter came before the Court for a meet and confer status conference on August 23, 2006. At that time, the parties indicated that the case would benefit from early settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Alan Kay for settlement discussions, beginning August 23, 2006; discussions shall conclude on or before October 31, 2006. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference; it is

FURTHER ORDERED that all discovery (other than voluntary, informal paper discovery, as discussed at the meet and confer status conference) and all dispositive motions practice is STAYED during the period of settlement discussions before Magistrate Judge Kay; it is

FURTHER ORDERED that if the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation; and it is

      FURTHER ORDERED that if this case has not settled on or before October 31, 2006, the parties shall file a joint status report indicating whether they wish to continue their settlement discussions before Magistrate Judge Kay, or, if they do not, proposing a joint scheduling order pursuant to Local Civil Rule 16.3.

      SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: August 23, 2006    United States District Judge