UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

WILLIAM A. MACK,

            Plaintiff,

   v.

THE WASHINGTON POST
COMPANY,

          Defendant.

Civil Action No. 06-1144 (PLF/AK)

---

## ORDER

The above-captioned case was referred to the undersigned by the Honorable Paul L. Friedman for the purpose of facilitating a settlement.  Accordingly, it is by the Court this 11th day of September, 2006, hereby

**ORDERED :**

1.    The lead attorney(s) for the parties shall appear before the undersigned, in room 1130 (chambers) on October 2, 2006, at 10:00 a.m.  The parties should attend the mediation, be available by telephone, or delegate settlement authority to counsel.

2.    The parties may submit confidential settlement statements in advance of the mediation but such statements are Not Required, and in most cases, they are unnecessary.

3.    If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible to arrange a telephone conference call with chambers to select an alternative date and

time.

4.      If the settlement conference must be rescheduled, the undersigned will require the

attorney with the scheduling conflict to confirm the new date and time in a letter

to the other attorneys and the Court.


_____

ALAN KAY
UNITED STATES MAGISTRATE JUDGE