UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MACK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE WASHINGTON POST COMPANY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 06-1144 (PLF)<br><br>Jury Trial Demanded |

## JOINT MOTION FOR SCHEDULING ORDER

After a status conference with the parties held on August 23, 2006, this Court referred this matter to mediation and stayed all discovery – except the production of initial disclosures – pending completion of mediation. The Court also ordered the parties to report regarding the status of mediation on or before October 31, 2006.

The parties held a mediation session, with both counsel and client representatives present, on October 2, 2006. Unfortunately that mediation session did not result in a settlement, nor have the parties resolved their differences since that time. To date, no discovery has been conducted, although the parties have exchanged initial disclosures. Accordingly, the parties hereby jointly request that the Court issue a scheduling order to govern this matter. The parties have attached a proposed schedule to which they both agree for the Court's consideration.

Dated: October 31, 2006

- 2 -

Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Nils G. Peterson | Jacqueline M. Holmes (D.C. Bar No. 450357) |
| 2009 North 14th Street, N.W. | JONES DAY |
| Suite 708 | 51 Louisiana Avenue, N.W. |
| Arlington, Virginia 22201 | Washington, D.C. 20001-2113 |
| Telephone: (703) 527-9900 | Telephone: (202) 879-3939 |
| Facsimile: (703) 522-1250 | Facsimile: (202) 626-1700 |
| Attorneys for Plaintiff | Attorneys for Defendant |