```
             UNITED STATES DISTRICT COURT
                 DISTRICT OF COLUMBIA
```

WILLIAM A. MACK           :
                          :
    Plaintiff,            :
                          :
    v.                    :    CA No.  06-1144 (PLF)
                          :
WP COMPANY, L.L.C.        :    Jury Trial Demanded
dba THE WASHINGTON POST   :
                          :
    Defendant.            :

### CONSENT MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiff, by counsel, with the consent of the Defendant and moves this Court to allow amendment of the Complaint. The Complaint is amended solely to correct the misnomer of the Defendant from The Washington Post Company to WP Company, LLC dba The Washington Post. The Defendant's original Answer need not be refiled and shall serve as the Answer to the Amended Complaint.

                              William A. Mack
                              By Counsel

_____-s-_____
Nils G. Peterson
DC Bar No. 295261
2009 N. 14th Street, Suite 708
Arlington, VA  22201
(703) 527-9900

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent by facsimile and U.S. Mail, postage prepaid, this 20 day of November 2006, to:

Jacqueline Holmes
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113

                              _____-s-_____
                              Nils Peterson