UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

WILLIAM A. MACK             :
                            :
    Plaintiff,              :
                            :
    v.                      :     CA No.  06-1144 (PLF)
                            :
WP COMPANY, L.L.C.          :     Jury Trial Demanded
dba THE WASHINGTON POST     :
                            :
    Defendant.              :

ORDER

UPON CONSIDERATION of the Consent Motion to Amend Complaint filed by Plaintiff, it is hereby

ORDERED that the Consent Motion to Amend Complaint is hereby Granted; and it is further

ORDERED that the Amended Complaint is hereby filed with the Court; and it is further

ORDERED that the Answer filed by Defendant shall serve as the Answer to the Amended Complaint.

ENTERED this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Jacqueline Holmes
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Attorney for Defendants

Nils G. Peterson
2009 N. 14th Street, Suite 708
Arlington, VA  22201
Attorney for Plaintiff