IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MACK,  )<br>  )<br> Plaintiff,  )<br>  )<br>v.  )<br>  )<br>WP COMPANY, L.L.C., d/b/a,  )<br>THE WASHINGTON POST  )<br>  )<br> Defendant.  )<br>  ) | Civil Action No.: 06-1144 (PLF)<br><br>Jury Trial Demanded |

### DECLARATION OF JACQUELINE HOLMES

JACQUELINE HOLMES, ESQ., of full age, being duly sworn according to law upon her oath, deposes and says:

1. I am an attorney-at-law representing The Washington Post ("Defendant") in the above-captioned matter.

2. On Tuesday, March 13, 2007, I took the oral deposition of William A. Mack ("Plaintiff") on behalf of Defendant. True and correct copies of excerpts and exhibits from Mr. Mack's deposition are attached hereto as Exhibit A.

3. On Tuesday, March 20, 2007, Nils Peterson, Esq. took the oral deposition of Ulysses S. Smith, Jr. on behalf of Plaintiff. True and correct copies of excerpts from Mr. Smith's deposition are attached hereto as Exhibit B.

4. On Tuesday, March 20, 2007, Nils Peterson, Esq. took the oral deposition of Donald L. Jackson on behalf of Plaintiff. True and correct copies of excerpts and exhibits from Mr. Jackson's deposition are attached hereto as Exhibit C.

5. On May 15, 2007, pursuant to a subpoena and Authorization to Release Medical Records, signed by Plaintiff, I requested Plaintiff's medical records from Kensington Medical Center. True and correct copies of excerpts of said records are attached hereto as Exhibit D.

6. On May 24, 2006, Plaintiff filed a Charge of Discrimination with the Fairfax County Human Rights Commission. A true and correct copy of the Charge of Discrimination is attached hereto as Exhibit E.

7. On December 14, 2006, Plaintiff amended his Charge of Discrimination filed with the Fairfax County Human Rights Commission. A true and correct copy of the amended Charge of Discrimination is attached hereto as Exhibit F.

Dated: June 7, 2007                                  Respectfully submitted,


/s/ Jacqueline M. Holmes
Jacqueline M. Holmes
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3900 (telephone)
(202) 626-1700 (telecopy)

Attorneys for Defendant
The Washington Post