# EXHIBIT D



**KAISER PERMANENTE**®

Mid-Atlantic Permanente Medical Group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.

# CERTIFICATION OF MEDICAL RECORDS

As custodian of medical records at the North Capitol Medical Facility of Kaiser Permanente, I hereby certify that the attached photocopies consisting of __95__ pages are true photocopies of the medical record pertaining to:

William Mack                               551051675
**Patient Name**                           **Medical Record Number**

The original of said medical records are maintained at the facility named above.

Subsequent re-disclosure of this patient's medical record is prohibited by law.

Allison Kim-James                          5/3/07
**Health Information Correspondence Technician**     **Date**

Medical Center North Capitol
1011 North Capitol Street
Washington, D.C. 20002-4236
202.898.5100



# Kaiser Permanente

**William Mack**  
6/2/2005 1:45 PM Office Visit  
MRN: 551051675

Encounter #: **57134741**  
Center: **NORTH CAPITO**

Description: **46 year old male**  
Provider: **MICHAEL P LOREK MD**  
Department: **Dermatology Nor Cap**

| | |
|---|---|
| **After Visit Summary** | After Visit Summary |

## Visit Summary

**Reason for Visit**  FOLLOW UP CARE

**Diagnoses**  SARCOIDOSIS [135B] - Primary

**Progress Notes**  Addended by: LOREK MD, MICHAEL P on: 6/2/2005 2:27:16 PM

```
sarcoid
getting thin plques on cheek and  torso
he  inquires about systemic steroids he has had inj with kenalog im in past and
notes resolution for up to 1 yr  he is aware of systemic side effect of steroids
dm/hbp wt gain  also reviewd  possible rebound phenomenon which he has not
experienced in past   he understands  and would like im inj
record indicates  2 inj in 2002  one in 2003  one in 2004
he weighs  250
p kenalog 60  im  r 6 mos  sooner prn
```

Visit Narrative History Recorded

**Completed by: Charting**

| Name | Date and Time |
|---|---|
| MICHAEL P LOREK MD | Thu Jun 2, 2005  2:27 PM |
| MICHAEL P LOREK MD | Thu Jun 2, 2005  1:53 PM |

There are no scans attached to this encounter.

**Level Of Service**  Level of Service  
OV EST 2 PRB FOC HX EXM, ST FWD DEC [99212B]

**Encounter Status**  Closed by LOREK M.D., MICHAEL P on 6/2/05 at 1:53 PM


**KAISER PERMANENTE.**

**William Mack**
4/11/2006 1:30 PM Office Visit
MRN: 551051675

Encounter #: **68335659**
Center: **KENSINGTON**

Description: **46 year old male**
Provider: **ILENE S BLOOM PA**
Department: **Dermatology Kens**

| | |
|---|---|
| **After Visit Summary** | After Visit Summary |

### Visit Summary

| | | |
|---|---|---|
| **Reason for Visit** | CONSULTATION | R/OFUNGUS |

| | |
|---|---|
| **Diagnoses** | SARCOIDOSIS [135B] - Primary |

| | |
|---|---|
| **Progress Notes** | 45 y/o AAM with hx of cutaneous sarcoid comes in today for f/u. He has a lesion on his L cheek and also a few on his leg which he says are painful when he hits something Pt has been getting IM Kenalog injections about once or twice a year over the past 5 years this gives him contol for about 4-6 months. Last injection 6/05<br>Raised red plaque L cheek<br>Flat hypopigmented areas on legs<br>Discussed the possible side effectsof IM kenalog HE has agreed to get IL Kenalog to his cheek and since the lesions on his legs are flat will give him SPorcon cr to try Kenalog IL 2.5 mg/ml .2 L cheek may discolor or atrophy<br>F/u in 2 months or prn |

| | | |
|---|---|---|
| **Completed by: Charting** | **Name**<br>ILENE S BLOOM PA | **Date and Time**<br>Thu Apr 13, 2006 8:26 AM |

There are no scans attached to this encounter.

| | |
|---|---|
| **Level Of Service** | **Level of Service**<br>OV EST 4 DTL HX, EXAM, MOD CMPLX DEC [99214B] |

| | | |
|---|---|---|
| **Chart Cosign** | **Accepted By**<br>GAISIN M.D., ALLEN | **Accepted On**<br>Mon Apr 17, 2006 7:42 AM |

| | |
|---|---|
| **Encounter Status** | Closed by BLOOM PA, ILENE S on 4/13/06 at 8:27 AM |