# EXHIBIT F



# County of Fairfax, Virginia

To protect and enrich the quality of life for the people, neighborhoods and diverse communities of Fairfax County

HRC # _____
EEOC # _____

**COMPLAINANT:**

NAME: Mr. William A. Mack          PHONE: (H) (202) 610-2265
ADDRESS: 5300 Deal Dr     CITY: Oxon Hill     STATE: Maryland     ZIP: 20745

**RESPONDENT:**

NAME: Washington Post Company          PHONE (703) 334-7300
ADDRESS: 1150 15th Street, N.W.     CITY: Washington     STATE: DC     ZIP: 20071

**CLASSIFICATION OF COMPLAINT:**

ISSUE
☐ Credit Facilities
☐ Education
☒ Employment
☐ Housing
☐ Public Accommodations

BASIS
☐ Age (Over 40)
☐ Color
☐ Marital Status
☒ Religion
☐ National Origin
☐ Retaliation

☒ Sex
☒ Race
☒ Disability
☐ Familial Status
☐ Other _____

This complaint has been amended as follows:

The complainant added to this complaint additional charges based on sex, religion and race for the following reasons:

1. Beginning in April 2005 and continuing until my job termination on May 8, 2006, I requested from Mr. Donald Jackson, schedule supervisor, to have the weekends off due to attend church services. Mr. Jackson would not grant my request and he told me that I would have to use my vacation time when I wanted to miss time from work due to my religious beliefs. Mr. Jackson stated, "I don't believe in that stuff. My brother is a pastor and I don't believe in what he does." Ms. Imani McGruder, who is an ordained minister, requested in January 2005 not to work on Sundays due to her religious beliefs and her request was granted.

2. Ms. McGruder took 30 days of sick leave in 2006 due to medical reasons and she was not terminated from her job.

3. Ms. Debbie Brennan, security officer, who is White, beginning in 2003 and continuing until I was terminated on May 8, 2006, called me and other Black employees "son of bitch." Ms. Brennan did not refer to White employees in this manner. I complained to Mr. Rodney McPherson, assistant plant manager about Ms. Brennan's conduct and no action was taken.

**COMPLAINANT: <u>Mr. William A. Mack</u>**
Page 2

Because of my termination, I believe the respondent discrimintaed against me due to my religion, sex and race.

**Original Complaint:**

I am a man with a disability who from November 23, 1999 to May 8, 2006, I was employed with the Respondent as a security guard at their Wimsatt Plant. On the morning of May 8, 2006, I received a call from Mr. Ulyses Smith, Security Manager and Mr. Gary Corso, secuirity Director. In that call, my employment was terminated. Mr. Smith informed me the reason for my discharge was abuse of sick time in year 2005. As of my last pay period, I have accumulated 168 hours of sick time, and 96 hours of vacation time.

Any time I had been out for more than three consecutive days, I supplied my employer with doctor notes. My employer knew of my disability, and the long term care it required.

Because of my termination, I believe the respondent discrimintaed against me due to my disability.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, or belief.

_____
(Signature of Complainant)

Date received by
Human Rights Commission _____COUNTY FAIRFAX_____
HUMAN RIGHTS COMMISSION

**RECEIVED**
DEC 14 2006

WilliamMackhfb.amendcom