IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1144 (PLF) |
| ) | |
| WP COMPANY, L.L.C., d/b/a , ) | Jury Trial Demanded |
| THE WASHINGTON POST ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Having considered Defendant's Motion For Summary Judgment, and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that:

1. The Defendant's Motion is **GRANTED;** and

2. The Plaintiff's Complaint is **DISMISSED** with prejudice in its entirety.


Date: _____                        _____

                                              HON. PAUL L. FRIEDMAN

                                              United States District Judge


Copies to: Counsel via ECF