MACK, WILLIAM
SECURITY

POST 000605

**THE WASHINGTON POST**
**HEALTH CENTER**
**EMPLOYEE INFORMATION**

Name _WILLIAM MACK_     Dept/Job Title _SECURITY - GUARD_

Address _5300 DEAL DRIVE OXON HILL, MD. 20745_

Phone # _301-567-4714_     SS# _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_

Date of Birth _11-16-60_

**Emergency Information:**

Contact Person _JUANITA MACK_     Relationship _WIFE_

Home Phone# _301-567-2760_     Work Phone# _202-319-5515_

_WORK # 202-319-5515_
Immunization History:_____

Maintenance Medication_____
_last TETANUS on 3/17/03_

Medication Allergies_____

POST 000606

## THE WASHINGTON POST HEALTH CENTER
### PROGRESS NOTES

NAME: Mack, William                                    Security
                                              DEPT/JOB TITLE

DATE/TIME

2/19/06
6:50 AM

(S) William asks for pain medication for back pain.
He points to mid posterior thoracic area.
Says he was at his other job @ 3 AM when
he first felt his pain. Says he was
opening a door + he twisted + felt the pain

(O) Walking guardedly.

(A) R/o thoracic strain (posterior)

(P) - given IBUPROFEN 200 mg x2 (Po)
     given large ice pack to apply to affected area.
     - RTW.                    — Margaret Cummings RN

2/19/06      S - Declines another ice pack to strained area
1:00 pm      O. Sitting @ security post
             A - S/P back strain upper back
             P - Motrin 200 mg po (2) to take with lunch now
Can report again if need Ibuprofen Q 8 hrs. MK Powers RN

2:30 pm — Eval — Back is feeling better he states. MK Powers RN

2006    Terminated                          E. Zapp MD

## THE WASHINGTON POST HEALTH CENTER
### PROGRESS NOTES

NAME: _Mach Wm_                                    DEPT/JOB TITLE- _Sec_

| DATE/TIME | |
|---|---|
| 1/8/05 cont | Discussed possible prbl c̄ arm sec: Dr appt ASAP — having pain S.O.B. fatigue TC to Kay Kirby (RN nurse) She told his temp & Hr ok. No mention of arm discomfort O/I pt sc. when BP was taken "gave me took it Kay put that thing in my ear & said it was "normal" I believe explaining that it had taken temp Between 4P + now got TC to Kay who has appt 1/12 (Wed) Now at [t]imes pain/tingling occurs intermittently from elbow down to hand. Not from shoulder like it did 2+ mos ago — Dr advises exercise, heavy lifting? Rest |
| 11/4/05 (6:50...) | S) Mack asks for throat loz. O) Sounds like he has a head cold. A) R/O Sinus Congestion. P) gavin aspirin throat loz. X 3 PRN Margaret Cummings RN |
| 1/31/05 | Supervisor gave me Medical Slips for Employee absence from c̄ [Graff?] |
| 4/24/05 3 PM | S) Mack asks for medication for head/chest congestion & says he has a dry cough. O) NAD A) Cold / Congestion P) gavin SUDAFED 30 mgm X2 (PO) + IBUPROFEN 200mgm X2 (PO) + GUIFCON DM? cough syrup 1oz (PO) — adv to take VIT C. Suggest + Margaret Cummings RN |
| 5/2/05 | Received doctor's slip for 4/29/05 to 5/1/05 from Supervisor c̄ Graff |
| 5/8/05 8a | Return to work form to HC. Copies also to Sup pers jt. m Hur?t RN |
| 11/7/05 | Brought doctor's slip - treating for Sarcodosis c̄ Graff |
| 12/2/05 | Received 2 doctor's notes for c̄ Graff. Employer/Supervisor c̄ Graff |

POST 000608



**KAISER PERMANENTE®**

Mid-Atlantic Permanente Medical group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.
2101 East Jefferson Street  Rockville, MD 20852

William Mack
551051675

## VERIFICATION OF TREATMENT

The above named patient has received medical advice on 12.4.05
William Mack  - Has been ill and unable to work from 12.5.05

**Provider Signature** *Longfellow, RN*
Nancy J Longfellow Rn   12/5/2005   5:08 PM

Internal Med Camp Sp
6104 Old Branch Avenue,
Temple Hills, MD 20748
Phone: 301-702-6100
Fax: 301-702-6209

=============================================================

I certify that I have reviewed, understand and agree with the information above. I authorize the verification
of this **VOT** form by my  school, my employer, or any person or entity that may be responsible for payment
of services provided through Kaiser Permanente MidAtlantic States.

*William F. Mack*     12 / 5 / 05
**Patient Signature**                          **Date**

*And Here is my*
*Skit For Monday*
*12-5-05*

*Received*
*12/12/05*

**William A Mack(P000002072) for Week Ending 12/11/2005 is Submitted**

### Employee Profile:   ?

| | | |
|---|---|---|
| **Employee:** William A Mack | **Supervisor:** Ulysses S Smith | **Week Ending:** 12/11/2005 |
| **External ID:** P000002072 | **Submitters:** Belcher M McNeil | **Status:** Submitted |
| **Department:** Prod VA Security | **Approvers:** Belcher M McNeil | **Standard Hrs:** 40 |
| | Donald Lee Jackson | |
| | Roddy MacPherson | |
| | Ulysses S Smith | |
| **Paygroup:** B2 | **Union Code:** 00 | |
| **Job Title:** Security Guard | **Part/Full Time:** P | |

### Employee Leave Information:   ?        **As of Date:**     11/27/2005

| | | |
|---|---|---|
| **Vacation Current:** 119.145 hour(s) | **Vac Deferred:** 0 hour(s) | **Vac Excess:** 0 hour(s) |
| **Comp Time:** 0 hour(s) | **Sick:** 165.932 hour(s) | **Personal Days:** 0 hour(s) |

**Employee's Comments:**                                        **Timecard Total Hours: 32.00**

| Day | | | | |
|---|---|---|---|---|
| **MON** 12/05 TOTAL: 8.00 | START: 02:45 PM TRC: SCK HOURS: 8.00 | | START: TRC: HOURS: | |
| **TUE** 12/06 TOTAL: 0.00 | START: 08:00 AM TRC: REG HOURS: | | START: TRC: HOURS: | |
| **WED** 12/07 TOTAL: 0.00 | START: 08:00 AM TRC: REG HOURS: | | START: TRC: HOURS: | |
| **THU** 12/08 TOTAL: 0.00 | START: 08:00 AM TRC: REG HOURS: | | START: TRC: HOURS: | |
| **FRI** 12/09 TOTAL: 0.00 | START: 08:00 AM TRC: REG HOURS: | | START: TRC: HOURS: | |
| **SAT** 12/10 TOTAL: 8.00 | START: 06:45 AM TRC: REG HOURS: 8.00 | | START: TRC: HOURS: | |
| **SUN** 12/11 TOTAL: 16.00 | START: 06:45 AM TRC: REG HOURS: 8.00 | | START: 02:45 AM TRC: REG HOURS: 8.00 | |

| | | | |
|---|---|---|---|
| **START:** | Enter the time you began work. | **REG** | 24.00 |
| **TRC:** | The Time Reporting Code to which you are charging these hours | **SCK** | 8.00 |
| **HOURS:** | The number of hours charged to this TRC | **TOTAL** | 32.00 |
| **AC:** | For Approvers ONLY. The Account Code to which this time is charged. | | |

**Access Control & Audit Trail**

POST 000610

KAISER PERMANENTE®

Mid-Atlantic Permanente Medical group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.
2101 East Jefferson Street  Rockville, MD 20852

William Mack
551051675

## VERIFICATION OF TREATMENT

The above named patient has received medical treatment on 12/4/05.
William Mack  - May return to work 12/5/05.

**Provider Signature :** _____
AISHA PETERSON MD  12/4/2005  9:31 PM

Uc Cs Im
6104 Old Branch Avenue,
Temple Hills, MD 20748
Phone: 301-702-6100

============================================================
I certify that I have reviewed, understand and agree with the information above. I authorize the verification
of this **VOT** form by my  school, my employer, or any person or entity that may be responsible for payment
of services provided through Kaiser Permanente MidAtlantic States.

_____        12/4/05
Patient Signature                       Date

POST 000611

William A Mack(P000002072) for Week Ending 12/04/2005 is Extracted

### Employee Profile:    ?

| | | |
|---|---|---|
| **Employee:** William A Mack | **Supervisor:** Ulysses S Smith | **Week Ending:** 12/04/2005 |
| **External ID:** P000002072 | **Submitters:** Belcher M McNeil | **Status:** Approved |
| **Department:** Prod VA Security | **Approvers:** Belcher M McNeil | **Standard Hrs:** 40 |
| | Donald Lee Jackson | |
| | Roddy MacPherson | |
| | Ulysses S Smith | |
| **Paygroup:** B2 | **Union Code:** 00 | |
| **Job Title:** Security Guard | **Part/Full Time:** P | |

### Employee Leave Information:    ?        As of Date:        11/27/2005

| | | |
|---|---|---|
| **Vacation Current:** 119.145 hour(s) | **Vac Deferred:** 0 hour(s) | **Vac Excess:** 0 hour(s) |
| **Comp Time:** 0 hour(s) | **Sick:** 165.932 hour(s) | **Personal Days:** 0 hour(s) |

## This document has been extracted to PeopleSoft and can no longer be edited. If you need to make a change to your time for this week, please call your payroll representative.

Employee's Comments:                    Timecard Total Hours: 32.00

| Day | | |
|---|---|---|
| **MON** 11/28  TOTAL: 8.00 | START: 02:45 PM  TRC: REG  HOURS: 8 | START:  TRC:  HOURS: |
| **TUE** 11/29  TOTAL: 0.00 | START: 08:00 AM  TRC: REG  HOURS: | START:  TRC:  HOURS: |
| **WED** 11/30  TOTAL: 0.00 | START: 08:00 AM  TRC: REG  HOURS: | START:  TRC:  HOURS: |
| **THU** 12/01  TOTAL: 0.00 | START: 08:00 AM  TRC: REG  HOURS: | START:  TRC:  HOURS: |
| **FRI** 12/02  TOTAL: 0.00 | START: 08:00 AM  TRC: REG  HOURS: | START:  TRC:  HOURS: |
| **SAT** 12/03  TOTAL: 8.00 | START: 06:45 AM  TRC: REG  HOURS: 8 | START:  TRC:  HOURS: |
| **SUN** 12/04  TOTAL: 16.00 | START: 06:45 AM  TRC: SCK  HOURS: 8 | START: 02:45 PM  TRC: SCK  HOURS: 8 |

| | | | | |
|---|---|---|---|---|
| START: | Enter the time you began work. | | REG | 16.00 |
| TRC: | The Time Reporting Code to which you are charging these hours | | SCK | 16.00 |
| HOURS: | The number of hours charged to this TRC | | TOTAL | 32.00 |
| AC: | For Approvers ONLY. The Account Code to which | | | |

POST 000612


KAISER PERMANENTE.

Mid-Atlantic Permanente Medical group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.
2101 East Jefferson Street  Rockville, MD 20852

11/6/2005

William Mack                                    551051675
836 Neptune Ave
Oxon Hill, MD 20745

Mr. Mack seen in urgent care today on 11/6/05.

Sincerely,

*SHARADA JAIN MD* (signature)

SHARADA JAIN MD
Uc Cs Im
6104 Old Branch Avenue,
Temple Hills, MD 20748
Phone: 301-702-6100

*Received 11/7/05* (handwritten)

POST 000613

After Visit Summary

## Visit Information

| **Visit Information** | Date | Time | Department | Provider | Encounter # |
|---|---|---|---|---|---|
| | 11/06/2005 | 7:30 PM | Uc Cs Im | SHARADA JAIN MD, MEDICAL DOCTOR | 63728261 |

## Visit Summary

**Diagnoses**   Visit Diagnosis
**SARCOIDOSIS [135B]**

**Vitals (Last Filed)**

| BP | Temp (Src) |
|---|---|
| 122/80 | 97.7 (Oral) |

## Medications

**Medications Started This Visit**   Prescriptions
KENALOG 40 MG/ML SUSP FOR INJECTION

## Orders

**Orders Placed This Visit**   Orders
**TRIAMCINOLONE ACETONIDE INJ [J3301]**

**INTRAMUSCULAR INJECTION [90782D]**

## Instructions and Follow-Up

**Patient Instructions**   Topical steroid cream to the area he has at home and he will follow
up with dermatology
Warm compress

POST 000614

Tracking # KP 1218126



**KAISER PERMANENTE.**

*Mack, William*
*MR# 5310-516-75*

Patient Identification

## OPL REFERRAL FORM / VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**                ☐ Yes  ☑ No    **Injury date** _____

The above named patient has: (circle all appropriate)

   1. received medical treatment

   2. received medical advice                                treatment date(s) _____

   .                                                                                   advice date(s) _____

**Physical Findings/Diagnosis** _*Back Pain / Office Visit*_

**Disability/Illness** _____

_____ **Disability/Illness date from** _____

The patient:

☑ Has been ill and unable to work from _*5-2-05*_ to _*5-2-05*_

☑ May resume regular work on _*5-3-05*_

☐ May resume restricted work as follows _____

from (date) _____ until approximately _____

☑ Will need a follow-up appointment on or about _*as needed*_

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____

At _____ and _____ medication and should receive

_____ for _____ days. Possible reaction _____

Special instructions _____

☐ Advice protocol _____

_Dr. J. Chuke / Rice NP_

Signature and printed name

Provider #  _*8333*_

Date  _*5-4-05*_

**I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.**

x _(signature)_ _William A Mack_

Signature (patient)

POST 000615

_5/4/05_

0225144 (03-01)

---

ZITHROMAX 250MG TABLET
(AZITHROMYCIN 250 MG/1 TAB) MFR PFIZER US
Exp. 04/26/06                    Qty 6 Refills 0

KAISER PERMANENTE
Date: 04/26/05
Fill Date: 04/26/05
MACK,WILLIAM
TAKE 2 TABLETS TO START THEN 1 TABLET DAILY,
DAYS 2 THRU 5.

Rx#: 76206384
NP HEYWARD,TINA M
Id#: 55710516 75
Temple Hills, MD 20748
EZ Refill Line: 1-800-700-1479
Telephone: (301)702-6175

**This medicine may be taken with or without food.**

DO NOT TAKE ANTACIDS WITHIN ONE (1) HOUR OF TAKING THIS MEDICINE.


Tracking # KP 1105019

00223144

MACK, WILLIAM
55.1051675

 **KAISER PERMANENTE®**

## OPL REFERRAL FORM / VERIFICATION OF TREATMENT

Patient Identification

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**   ☐ Yes ☐ No   **Injury date** _____

The above named patient has: (circle all appropriate)

   1. received medical treatment            treatment date(s) _____

   2. received medical advice              advice date(s) _____

Physical Findings/Diagnosis  *Hypertension evaluation* _____

Disability/Illness _____   Disability/Illness date from _____ to _____

_____

The patient:

   ☒ Has been ill and unable to work from *5/06/05* to _____ .

   ☒ May resume regular work on *Sunday a.m.*

   ☐ May resume restricted work as follows _____

   _____

   from (date) _____ until approximately _____

   ☐ Will need a follow-up appointment on or about _____

   ☐ Is able to participate in competitive sports.

   ☐ May return to school on _____

   ☐ Should be excused from Physical Education until _____

   ☐ Is on _____ medication and should receive _____ dose(s).

   At _____ and _____ for _____ days. Possible reaction _____

   Special instructions _____

   ☐ Advice protocol _____

*Jack Harris, PA-C*          *2452*          *5/06/05*

Signature and printed name           Provider #           Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AN I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY TH MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

X *William A Mack*        POST 000616          *5/6/05*

Signature (patient)                                       Date

00223144 (03/01)                  MEMBER



## KAISER PERMANENTE®

Reg.#1          05/06/2005     Trans #12550
Z513295         7:50 PM        Center: 216

## RECEIPT

Camp Springs AHC
6104 Old Branch Avenue
Temple Hills, MD  20748

Member Name:              MACK, WILLIAM
Encounter# Z0512615
URGENT CARE 89                    $10.00
------------------------------------------------
                  SUB TOTAL:     $10.00
                  TOTAL DUE:     $10.00
CASH                             $10.00

Thank You for visiting Kaiser Permanente.
Please visit our web site at:
www.kp.org



**KAISER PERMANENTE.**

557051675
Mack William

Patient Identification

## OPL REFERRAL FORM /
## VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED,
OR THE RESULT OF AN ACCIDENT?**    ☐ Yes  ☐ No    **Injury date** _____

The above named patient has: (circle all appropriate)

   1.  received medical treatment      treatment date(s) _____

   2.  received medical advice       advice date(s) _4/29/05_

Physical Findings/Diagnosis: _medical diagnosis_

Disability/Illness _____ Disability/Illness date from _____ to _____

The patient:

☐ Has been ill and unable to work from _4/29/05_ to _5/1/05_ .

☐ May resume regular work on _5/2/05_

☐ May resume restricted work as follows _____

   from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.          **POST 000618**

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

   At _____ and _____ for _____ days. Possible reaction _____

   Special instructions _____

☐ Advice protocol _____

_____ DR.R.Mathur      ETOS      4/29/05
Signature and printed name           Provider #        Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND
I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT
MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED. _Received 5/2/05_

_____ William FWCook           4/30/05
Signature (patient)                  Date

00223144 (03/01)         MEMBER

URGENT CARE LOCATION
CS    K    FC    WB    WE

PAGE _____ OF _____

||||||||||||||||||
00162495

**KAISER PERMANENTE**
**URGENT CARE**
**DISCHARGE INSTRUCTIONS**

YOU WERE SEEN IN URGENT CARE ON _____ 4/29/07

YOUR DIAGNOSIS IS _____ Back pain

PLEASE FOLLOW UP WITH _____ PMD _____ in ___ 3-4 ___ days

☐  LITERATURE GIVEN TO PATIENT

| MEDICATIONS/VITAMINS/HERBALS: | |
|---|---|
| | |
| | |
| | |

| ACTIVITY: | |
|---|---|
| | |
| | |
| | |

| DIET: | |
|---|---|
| | |
| | |
| | |

| TREATMENTS: | |
|---|---|
| — Motrin 600 #1 tab Q8hrs as needed | |
| — Flexeril 10mg #1 tab Q8h | |
| if symptoms worsen call back | |
| recheck in 3-4 days | |

| OTHER: | |
|---|---|
| | |
| | |
| | |

PATIENT SIGNATURE: _____

MD SIGNATURE: _____   PROVIDER #_____   DATE 4/29/07   DISCHARGE TIME_____

**IF YOUR CONDITION/PROBLEM PERSISTS, PLEASE FOLLOW UP**
**WITH YOUR PRIMARY CARE PHYSICIAN**

Tracking # KP 1242320



00223144

 **KAISER PERMANENTE**®

551051675
MACK,WILLIAM

M          A          11/16/1960

Patient Identification

## OPL REFERRAL FORM / VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**    ☐ Yes  ☐ No    **Injury date** 010205

The above named patient has: (circle all appropriate)

   ①. received medical treatment        treatment date(s) 1/13/05

   2. received medical advice           advice date(s) _____

Physical Findings/Diagnosis _____ Upper Respiratory Infection _____

Disability/Illness _____ Disability/Illness date from _____ to _____

The patient:

☑ Has been ill and unable to work from 1/13/05 to 1/16/05 .

☑ May resume regular work on 1/17/05

☐ May resume restricted work as follows _____

   from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☑ Is on _____ medication and should receive _____ dose(s).

   At _____ and _____ for _____ days. Possible reaction _____

   Special instructions _____

☐ Advice protocol _____

Signature and printed name _____ | Provider # _____ | Date 1/13/05

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

**POST 000620**

X _____ William #Mack _____ Date 1/13/05

Signature (patient)

00223144 (03/01)            MEMBER

Tracking # RP 124213-5

00223144

551051675
MACK,WILLIAM
11/16/1960

**KAISER PERMANENTE®**

## OPL REFERRAL FORM /
## VERIFICATION OF TREATMENT

Patient Identification

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**   ☐ Yes ☐ No   **Injury date** _____

The above named patient has: (circle all appropriate)

1. received medical treatment       treatment date(s) _01/26/05_
2. received medical advice           advice date(s) _01/26/05_

Physical Findings/Diagnosis ___ Office Visit _____

Disability/Illness ___ as above ___   Disability/Illness date from _01/26/05_ to _01/30/05_

The patient:

☐ Has been ill and unable to work from _____ to _____ .

☐ May resume regular work on ___ 01/31/05 _____

☐ May resume restricted work as follows _____

_____ Received 1/31/05

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on ___ Tylenol with Codeine ___ medication and should receive _____ dose(s).

At _____ and _____ for _____ days. Possible reaction _____

Special instructions ___ take every 4-6 hrs - No driving while on med ___

☐ Advice protocol _____

___ Heyward Camp ___        _____        _01/26/05_

Signature and printed name              Provider #          Date

**I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.**

___ signature ___                **POST 000621**          _1/26/06_

Signature (patient)                                     Date

00223144 (03/01)                    MEMBER

551051675                **KAISER PERMANENTE**                **MACK,WILLIAM**

**YOUR DIAGNOSIS AND INSTRUCTIONS: 1/26/05**

==================================================================
## DIAGNOSIS:

Lump to forehead


==================================================================
## INSTRUCTIONS:

--------------------------------------------------------------------
**MEDICATIONS:**
- New medications
    => Tylenol for severe pain
- Continue taking all other medications as previously directed
    => Amoxicillin for infection
--------------------------------------------------------------------
**ADDITIONAL INSTRUCTIONS:**
Warm, moist heat or ice compress to forehead
--------------------------------------------------------------------
**FOLLOW-UP:**
- Call or follow-up: Dr. Chuke
    => if you don't improve in 1 week



==================================================================

T. Heyward CRNP
IM/ Camp Springs

POST 000622

## THE WASHINGTON POST HEALTH CENTER
### PROGRESS NOTES

NAME: _William Mack_      DEPT/JOB TITLE-

| DATE/TIME | |
|---|---|
| 8/11/03 | RTW no restriction  not work related  08/12/03 to 08/14/03 |
| | Amilynn—S7 |
| 8/28/03 | RTW off  8/20 → 8/27/03   HA + chest wall |
| | pain.  M. Priest |
| 10/11/03 6:10am | S) Med asks for a B/P. Says he feels fine |
| | O) B/P 130/80  P 100 reg |
| | A) Monitoring B/P |
| | P) Adv to f/u B/P freq + pulse. If it remains ↑ |
| | see dr + ↑ on B/P med (possibly a BB). |
| | —RTW.  Margaret Crummey RN |
| 5/1/04 | RTW slip – NWR – for 4/30/04  M Priest |
| 3/21/04 | PFT ✓ History done  E. Graff |
| 6/16/04 | Unqualified to Wear Respirator  E. Graff |
| 6/19/04 6:30pm | S) Requests bandaid for scratch on L elbow. reports he |
| | accidentally scratched himself w/ his fingernail |
| | O) ½" long superficial excoriation; scant bleeding noted, ® forearm |
| | just below elbow |
| | A) superficial skin excoriation |
| | P) Cleaned wound c̄ H2O2 and applied bandage. Regina Brown, RN |
| 12/24/04 4:30 | S – Body aches – from cold weather |
| | O – NAD |
| | A – effects of cold weather |
| | P – Tylenol x2 po  M Priest |
| 12/27/04 10:15 | c/o sore throat request throat log. |
| | O. NAD throat ✓ exam |
| | A. sore throat employee - drug test? |
| | P. Throat log  A. Judson |
| ?AM 1/8/05 | c/o sore throat & congestion |
| | O – throat has some redness & drainage back of |
| | throat – afebrile – 98° ears look OK – states |
| | has been feeling tired & congestion x 4 days – |
| PE → | P) ↑ fluids ↑ rest  see PMD if necessary – given |
| | 2 Sudafed 2 Ibuprofen & lozenas  A. Kirk Kirby RN |
| 4P– | Requests throat log – Asked nurse what could |
| | cause pain + tingling down L arm. states no |
| | other nurse took his B/P + it was ok. |
| | ∴ I checked out on her. |

POST 000623

THE WASHINGTON POST

Employer Notification
Form

| EXAMINEE'S NAME (Last, First) | OFFICE | FAX # | PROJECT # | EXAM DATE |
|---|---|---|---|---|
| Mack, William 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 | Springfield, VA | 703-916-2005 | PST10 | 06/11/2004 |

**Washington Occupational Health Associates, Inc. has reviewed the results of the history, physical examination, and laboratory tests authorized by THE WASHINGTON POST.**

*This was a Respirator Review examination.  The record is COMPLETE.*

## RESPIRATOR CERTIFICATION

This individual has been examined per OSHA Standards (29 CFR 1910.134).  In my opinion, this individual: is medically UNQUALIFIED.

Needs further evaluation.

THE WASHINGTON POST limits the maximum weight an employee can lift to 50 pounds.

*I have informed the examinee in writing of  medical conditions discovered that require further examination or treatment*

| REVIEWING PHYSICIAN (PRINT) | PHYSICIAN'S SIGNATURE | DATE |
|---|---|---|
| Samuel J. Scott, Jr., M.D., M.P.H. | Samuel J. Scott M.D. | 06/16/2004 |

| MANAGER (PRINT) | MANAGER'S SIGNATURE | DATE |
|---|---|---|
| | | |

| EMPLOYEE (PRINT) | EMPLOYEE'S SIGNATURE | DATE |
|---|---|---|
| Mack, William 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 | | |

WMRPENFX.FRX                    Distribution: PST, Examinee, Chart                    REVISION 2/2/95

Communications Established with Satellite.

1 record has been automatically downloaded to
the Base Station.

```
03/24/00           01:46 AM   BTPS  25°C
Hgt ----  69"     Sex ----------     Male
Age ----  43      Race ------ Non Caucasian
Subject ID ------------------ 577967572
Subject Name  WM Mack
```

|        | Pred | Meas | %  | 2nd-Best | %   |
|--------|------|------|----|----------|-----|
| FVC    | 4.00 | 3.65 | 91 | 3.64     | 91  |
| FEV1   | 3.28 | 3.17 | 97 | 3.09     | 94  |
| FEV1%  | 84   | 87   | 3  | 85       | 1   |
| MMEF   | 4.05 | 3.81 | 94 | 3.25     | 80  |
| PEFR   |      | 4.78 |    | 4.28     |     |
| FEV.5  |      | 2.24 |    | 1.89     |     |
| FEV2   |      | 3.60 |    | 3.60     |     |
| FEV3   |      | 3.65 |    | 3.64     |     |
| FEV2%  |      | 99   |    | 99       |     |
| FEV3%  |      | 100  |    | 100      |     |
| FEF25  |      | 4.41 |    | 4.08     |     |
| FEF50  | 4.86 | 4.17 | 86 | 3.73     | 77  |
| FEF75  | 1.95 | 1.73 | 89 | 2.28     | 117 |
| FEF75-85 |    | 1.32 |    | 1.64     |     |
| INDEX  | 100  | 136  | 36 | 117      | 17  |

Lung function normal.

Meets minimum criteria for repeatability.



POST 000625

Respirator User's Examination Form                    Health Associates, Inc.

| Exam Date: 5/21/04 | Social Security #: 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 | Sex: [X] Male [ ] Female |
|---|---|---|

| Last Name: Macie | First Name: William | Birth Date: 11/16/60 |
|---|---|---|

Job Title: Security Guard                    Location Code:

[ ] Respirator User's History Form Reviewed - No comments required.

[ ] Respirator User's History Form Reviewed - Comments as noted:

_____

_____

| **VITAL SIGNS:** | BP 130/88 | PULSE 88 | HGT 70" | WGT 238 | RESP 18 | TEMP 98 |
|---|---|---|---|---|---|---|

| **VISION:** | | With Correction | | | Without Correction | | | |
|---|---|---|---|---|---|---|---|---|
| | NEAR | R 20/ | L 20/ | Both 20/ | R 20/ | L 20/ | Both 20/ | N |
| | FAR | R 20/ | L 20/ | Both 20/ | R 20/ | L 20/ | Both 20/ | E |

| | NORMAL | ABNORMAL | COMMENTS (DESCRIBE ANY ABNORMAL FINDINGS) |
|---|---|---|---|
| General | | | |
| ENT | | | |
| Heart | | | |
| Lungs | | | |

Pulmonary Function Tests:
FVC = _____ L        FEV1 = _____ L/S        FEV1/FVC = _____ %

Respirator Certification:
This individual was examined as per OSHA Standard [29 CFR § 1910.134(b)(10)] and found:

[ ] Qualified        [ ] Qualified with limitations        [ ] Not Qualified        to use a respirator.

Restrictions/Comments: _____

_____

_____

| EXAMINING PHYSICIAN (PRINT): | PHYSICIAN SIGNATURE | DATE |
|---|---|---|

Wilmington Occupational Health Associates, Inc.

\FORMS\WAE-NEW-0.EEX.FRM                    FORM 099    REVISION 03/15/90

POST 000626

# The Washington Post

# HEALTH CENTER

### RELEASE TO WORK SLIP

*William Mack ( Security )*       Work related?  Y  (N)

Name of employee

*4/30/04*

Date of injury / *illness*

Returned to: **RESTRICTED DUTY** on _____

                                              Date

       **Explain restrictions:** _____

_____

_____

_____

**FULL DUTY** on       *5/1/04*

                                Date

*5/1/04*       *Pat Priest*

Today's date       Nurse's signature

**ORIGINAL TO HEALTH CENTER MANAGER; COPY TO EMPLOYEE'S SUPERVISOR**

Rev. 4/95

*rec'd 5/1/04*
*7 A Priest*
*Noted in*
*chart*

Tracking # KP 1084028

## KAISER PERMANENTE.

551051675
MACK.WILLIAM

11/16/1960

Patient Identification

042904

# OPL REFERRAL FORM /
# VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**          ☐ Yes  ☐ No   **Injury date** _____

The above named patient has: (circle all appropriate)

  1. received medical treatment          treatment date(s) _4/30/04_

  2. received medical advice            advice date(s) _____

Physical Findings/Diagnosis ___MEDICAL ILLNESS_____

Disability/Illness _____ Disability/Illness date from _____ to _____

The patient:

  ☐ Has been ill and unable to work from _4/30/04_ to _____.

  ☐ May resume regular work on _5/1/04_

  ☐ May resume restricted work as follows _____

  _____

  from (date) _____ until approximately _____

  ☐ Will need a follow-up appointment on or about _____

  ☐ Is able to participate in competitive sports.

  ☐ May return to school on _____

  ☐ Should be excused from Physical Education until _____

  ☐ Is on _____ medication and should receive _____ dose(s).

  At _____ and _____ for _____ days. Possible reaction _____.

  ☐ Special instructions _____

  ☐ Advice protocol _____

Signature and printed name          Provider #          Date _4/30/04_

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

X _____          **POST 000628**          Date _4/30/04_

Signature (patient)

00223144 (03/01)                    MEMBER

# The Washington Post

*received*
*8/14/03 @ 1045 ᵃᵐ*
*Ann*

## HEALTH CENTER

### RELEASE TO WORK SLIP

_William Mack_
**Name of employee**

Work related? Y __ N X.

_8/12/03_
**Date of injury**

**Returned to:  RESTRICTED DUTY** on _____
                                        **Date**

       **Explain restrictions:** _____

_____

_____

_____

**FULL DUTY** on _08/14/03_
              **Date**

_08/14/03_
**Today's date**

_Andy M_____
**Nurse's signature**

**ORIGINAL TO HEALTH CENTER MANAGER; COPY TO EMPLOYEE'S SUPERVISOR**

Rev. 4/95

POST 000629

Tracking # KP 844086

**KAISER PERMANENTE**₀

MACK WILLIAM
5510-516-75

## OPL REFERRAL FORM / VERIFICATION OF TREATMENT

Patient Identification

**S THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED,** ☐ Yes ☐ No   **Injury date** _____
**OR THE RESULT OF AN ACCIDENT?**

The above named patient has: (circle all appropriate)

1. received medical treatment
2. received medical advice

treatment date(s) ~~8-12-03~~ 8-13-03
advice date(s) _____

Physical Findings/Diagnosis ___ Medical Reason _____

Disability/Illness date from _____ to _____

Disability/Illness _____

The patient:

☐ Has been ill and unable to work from 8-13-03 to _____
☑ May resume regular work on 8-14-03
☐ May resume restricted work as follows _____

from (date) _____ until approximately _____
☐ Will need a follow-up appointment on or about _____
☐ Is able to participate in competitive sports.
☐ May return to school on _____
☐ Should be excused from Physical Education until _____
☐ Is on _____ medication and should receive _____ dose(s).
At _____ and _____ for _____ days. Possible reaction _____
Special instructions _____
☐ Advice protocol

8-13-03

Karen Turner RN

Provider # _____   Date

Signature and printed name

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE,
I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY
MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

8/13/03

POST 000630

# The Washington Post

*received*
*8/14/03 1045*
*hur*

## HEALTH CENTER

### RELEASE TO WORK SLIP

*William Mack*
_____    Work related?  Y___N_X_.
**Name of employee**

*8/12/03*
_____
**Date of injury**

**Returned to:**  **RESTRICTED DUTY** on  _____
                                            **Date**

     **Explain restrictions:**  _____

                               _____

                               _____

                               _____

          **FULL DUTY** on     *08/14/03*
                               _____
                               **Date**

*08/14/03*                      *Andy Mro*
_____   _____
**Today's date**                **Nurse's signature**

ORIGINAL TO HEALTH CENTER MANAGER; COPY TO EMPLOYEE'S SUPERVISOR

Rev. 4/95

POST 000631

Tracking # KP  844086

**KAISER PERMANENTE**

MACK WILLIAM
5510-516-75

*Patient Identification*

## OPL REFERRAL FORM /
## VERIFICATION OF TREATMENT

IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED,
OR THE RESULT OF AN ACCIDENT?            ☐ Yes  ☐ No     Injury date _____

The above named patient has: (circle all appropriate)                treatment date(s) ~~8-12-03~~
    1. received medical treatment                                 8-13-03
    2. received medical advice                          advice date(s) _____

Physical Findings/Diagnosis ___MEDICAL REASON_____

Disability/Illness _____  Disability/Illness date from _____ to _____

The patient:
☐ Has been ill and unable to work from _8-13-03_ to _____
☑ May resume regular work on _8-14-03_____
☐ May resume restricted work as follows _____

    from (date) _____ until approximately _____
☐ Will need a follow-up appointment on or about _____
☐ Is able to participate in competitive sports.
☐ May return to school on _____
☐ Should be excused from Physical Education until _____
☐ Is on _____ medication and should receive _____ dose(s).
    At _____ and _____ for ___ days. Possible reaction _____
    Special instructions _____
☐ Advice protocol _____

_Karen Turner RN_                                       8-13-03
Signature and printed name               Provider # _____  Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE,
I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY T
MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

_____     POST 000632     8/13/03

# The Washington Post

## HEALTH CENTER

*received 8/28/03 10 3d P*

*PP noted in chart*

### RELEASE TO WORK SLIP

_William Mach_

Work related?  Y___ N_✓_

**Name of employee**

_8/20_  _illnes_

Date of injury

**Returned to:** **RESTRICTED DUTY** on _____

**Date**

**Explain restrictions:** _____

_Off 8/20 → 8/27/03_

_____

_____

**FULL DUTY** on   _8/28/03_

**Date**

_8/28/03_

**Today's date**

_Pat Priest_

**Nurse's signature**

**ORIGINAL TO HEALTH CENTER MANAGER; COPY TO EMPLOYEE'S SUPERVISOR**

Rev. 4/95

## KAISER PERMANENTE.

551051675
MACK.WILLIAM

M            A            11/16/1960

082003

Patient Identification

## OPL REFERRAL FORM / VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**     ☐ Yes  ☐ No     **Injury date** _____

The above named patient has: (circle all appropriate)

    ① received medical treatment         treatment date(s) 8/20/03

    2. received medical advice             advice date(s) _____

Physical Findings/Diagnosis _____ Headache, Chest wall pain _____

Disability/Illness _____ Disability/Illness date from _____ to _____

The patient:

☑ Has been ill and unable to work from 8/20/03 to 8/27/03 .

☑ May resume regular work on 8/28/03 _____

☐ May resume restricted work as follows _____

     from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

     At _____ and _____ for _____ days. Possible reaction _____

☑ Special instructions _____

☑ Advice protocol _____ 8/20/03

Chung  Je  MD

Signature and printed name                Provider #            Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

_William A Mack_                   3/26/03

Signature (patient)             POST 000634            Date

00223144 (03/01)

**FAIRFAX HOSPITAL**
**Department of Emergency Medicine**
3300 Gallows Road, Falls Church, VA 22046  698-3111

## DISCHARGE INSTRUCTIONS

06/12/03

PATIENT IDENTIFICATION

☐ Abdominal Complaints    ☐ Epistaxis    ☐ Head Injuries
☐ Animal Bites    ☐ Ear Infection    ☐ Lacerations & Wound Care
☐ Asthma    ☐ Eye Injuries    ☐ Sprains / Contusions
☐ Back Strain    ☐ Fractures    ☐ U.R.I.
☐ Burns    ☐ Gastroenteritis    ☐ U.T.I.
☐ Corneal Abrasion    ☐ Fever Control    ☐ Vomiting / Diarrhea (Pediatric)
☐ Medication Instructions    ☐ Headache    ☐ Other Instructions

*Received 8/13/03 3 am 9 Dune    copy*

Atypical chest pain
start motrin 600m every 6 hours

Return to Emergency Department if: _worsening pain, difficulty breathing_

Referred to personal or on-call physician Dr. _Kaiser_ for:

☐ Follow-up care in _2 - 3_ days    ☐ If needed    ☐ X-Ray follow-up

☐ Suture removal in _____ days    Time off from work: _____ days    ☐ Culture result follow-up

Other: _for stress test_

---

## SCHOOL OR WORK EXCUSE

☐ No school _____ days    ☐ No work _____    ☐ May return to school on _____

☐ No Physical education _____    ☐ Light duty for _____ days    ☐ May return to work on _____

I certify that I have received and understand these Discharge Instructions.

_Signature (Patient / Relative)_    Date _8/13/03_    Time _07:30 AM_

_Physician Signature_    _Nurse Signature_

FAIRFAX HOSPITAL - Dept. of Emergency Medicine - 3300 Gallows Road, Falls Church, VA 22046 - 698-3111

ED-3513/R9/91
CAT. NO. 96220
(Pkgs 100)

PATIENT COPY

POST 000635

Name: Mack William          Dept./Job Title: Security

| Date/Time | |
|---|---|
| | 03/20/03 RTW no restriction – Dr. has to think – not work related AndyMoss |
| 3/22/03 11:45 pm | S William asks for a lg. bandaid for his ® hand. He says that on 3/17/03 he accidently cut it on a knife at home as he was opening a package. He went to H. Washington hospital where he received 3 STITCHES & a TETANUS SHOT & a R/ for Motrin for pain |
| | O ® Hand - There are 3 sutures between thumb & index finger. Appear to be healing — no signs of infection. This is cute a again & an ace bdg. |
| | A Healing laceration of ® hand |
| | P given a lg. bandaid to use in P.M. Margaret Uni RN |
| 5/7/03 12:45 | RTW, no restriction, not work related 05/06/03 AndyMoss |
| 7/5/03 | RTW DOCTORS NOTE FROM KAISER Permanente brought in by WILLIAM MACK — regular duties 7/5/03 — copy in this medical file ———— B. Kaye Kuby RN |
| 8/2/03 4th 10 pm | RTW slip presented — copy made for this medical file — B. Kaye Kubyar |
| 10/30/03 | c/o left sided chest pain, states it woke him up at home |
| | O. A&O x3, BP. 150/100 – hr 70 irregular, resp 20 non labored. Pain 8/10 — skin warm & dry |
| | A chest pain, employees description |
| | P. call rescue, unit 426. Transport to ER AndyMatos R/ |

POST 000636

| | |
|---|---|
| 8/13/03 12:30 am | Having x-ray done per ER staff. (Tc call to Fairfax) Nurse |
| 8/13/03 3:50 am | Returned from ER- McNeil (sign) let him go home. His prescriptions for — Told to take motrin for pain & ASA. To Phu c Primd for stress test. Told to bring RTW note from Kaiser which includes specific date — none on ER form. Nurse |

## PROGRESS NOTES

**Name:** Mack Willie      **Dept./Job Title:** Security

| Date/Time | |
|---|---|
| 12/20/01 11:25 | S – Comes to HC c/o (L) eye smarting. Was taking off own Home Depot dark glasses from around neck on a tight band + glasses broke hitting (L) eye. |
| | O – Some ↑ vascularizations – Vision OK Same ⊖ (L) eye |
| | A – Eye trauma |
| | P – Medi-wash rinse c̄ relief (lid probably reflexly closed protecting eye) Discussed options. Rt HC prn. MK Power |
| | Employee didn't feel need to seek MD Eval. MK Powers |
| 12:50 AM | Emp seen on rounds, says (L) eye feels normal. MK Powers |
| 1:00 Am | Emp in hallway states eye totally normal. MK Power |

| | |
|---|---|
| 12/25/01 1:40 A | S – Requests cough drops for dry cough. Denies chills fever or headache |
| | O/A NAD/ nonprod cough |
| | P Cepastat cough drops. _____ [signature] |
| 12/31/01 5:30 | S – 4/o sore throat, denies cough, nasal congestion, ear ache, other symptoms. (O) Afebrile. Throat sl red w/o white spots + Irritated throat (P) Given throat lozenges to suck on prn. Adv force fluids; avoid dairy; gargle w/ salt water; seek med attention if symptoms persist or if throat/nasal discharge green (indicating poss. Bacterial inf). E. verbalized comprehension advice – RTN Sherwood |
| 7/10/02 02:30 Am | TC from Employee @ sec desk req. info on Sarcoidosis. Saw Derm for couple skin lesions and Bx revealed sarcoid Emp states apparently no other systemic involvement ie lungs not involved. Given written info to read. MK Power Gets steroid (shot) (inj) Q 3 mos for these lesions wax/wane. MK Power |
| 8/19/02 | Received Medical Excuse from Supervisor E Groff |
| 10/9/02 | Received Medical excuse for 10/8/02 from Supervisor E Groff |

POST 000637

## PROGRESS NOTES

**Name:** Mack Willie     **Dept./Job Title:** Sec

| Date/Time | |
|---|---|
| 1/27/01 10:30 p | S - Bring in RTW slip (NWR) - Ill 1/24/01 day off 1/25 & 26 - RTW - full 1/27/01 M Ruist |
| 4/16/01 | PFT + Respiration Fit Test done E graff |
| 5/4/01 | Medically Qualified (by WOHA) to wear respirator.   M C Powers |
| 7/03/01 | S. C/o left sided chest tightness. No known trauma O. A&O x 3  skin warm & dry  denies SOB or lightheadedness BP 130/90. HR 80 reg. resp 21. A. chest tightness cause unknown P. monitor |
| 4/16/01 4:30 pm | S Mack asks for cough syrup for cough O NAD A Cough per employee P given ROBITUSSIN DM 2tsp (PO)  Margaret Cummings RN |
| 10-14-01 3 pm | S William C/o pain from (R) forearm (inner aspect - just below elbow location. Says this began Fri 10/12/01 Says he was - arm wrestling - his 13 yr. old son + this may have caused this. O (R) forearm - inner aspect - below elbow loc feels very tight - sl. swollen - temp normal BP 130/86,  P - 80 & reg  - His (R) handed. A R/o Muscle Spasm / tendonitis (R) lower forearm. P - √ Ben Gay analgesic balm applied - Massaged little - 3" ace  Bdg applied - adv. to apply warm, moist heat at home - keep elevated as much as possible - given IBUPROFEN 200 mgm  X 2 (PO) - RTW.                  Margaret Cummings RN |
| 10/20/01 3:50 AM | S Mack asks for cough syrup for cough O NAD A Cough per employee P given ROBITUSSIN DM 2 tsp (PO).  Margaret Cummings RN |

POST 000638

# The Washington Post

## HEALTH CENTER

### RELEASE TO WORK SLIP

_William Mack_
Name of employee                    Work related? Y___ N ✓

_1/24/01_   _illness_
Date of ~~injury~~

Returned to: **RESTRICTED DUTY** on _____
                                   Date

Explain restrictions: _____

_____

_____

_____

**FULL DUTY** on   _1/27/01_
                   Date

_1/25 & 1/26 = days off_

_1/27/01_   _Pat Priest_
Today's date   Nurse's signature

ORIGINAL TO HEALTH CENTER MANAGER; COPY TO EMPLOYEE'S SUPERVISOR

Rev. 4/95

POST 000639



KAISER PERMANENTE®

## Verification of Treatment

Mack, William

5510 - 516 - 75

Patient Identification

The above named patient has been treated at or received medical advice from this medical center

on the following date(s) _____

_____ Acute gastritis _____

Diagnosis _____

The patient: ☒ has been ill and unable to work from ____01/24/01____ to ___01/24/01___

☒ may be able to resume regular work on ____01/27/01____

☐ may resume restricted work as follows _____

_____

on (date) _____ until approximately _____

☐ will need a follow-up appointment on or about _____

☐ is able to participate in competitive sports.

☐ may return to school on _____

☐ should be excused from Physical Education until _____

☐ is on _____ medication and should receive _____ dose(s)

at _____ and _____ for _____ days. Possible reaction _____

_____ . Special instructions _____

_____

☐ Other _____

**POST 000640**

____01/24/01____                      _Koffretta-Beyrne_
Date                                          Signature

| | | |
|---|---|---|
| ☐ Annandale Center | ☐ Manassas | ☐ West End Center |
| ☐ Camp Springs Center | ☐ Marlow Heights Center | ☐ White Marsh Center |
| ☐ Charles Plaza Center | ☐ North Capitol Center | ☐ Woodbridge Center |
| ☐ Fair Oaks-Lee Jackson Hwy. Center | ☐ Prince George Center | ☐ Woodlawn Center |
| ☐ Fair Oaks-Fair Lakes Pkwy. Center | ☐ Reston Center | |
| ☐ Falls Church Center | ☐ Rockville Center | |
| ☐ Gaithersburg Center | ☐ Severna Park-North Center | |
| ☐ Imaging Center | ☐ Silver Spring Center | |
| ☐ Kensington Center | ☐ Springfield Center | |
| ☐ Landover Center | ☐ Towson Center | |

I HEREBY AUTHORIZE THE RELEASE OF THE
INFORMATION CONTAINED ON THIS FORM.

_William B Mack_                    _01-24-01_
Signature (patient or responsible person)       Date

00009701 (10/96) Med. Rec.

PATIENT COPY

THE WACKENHUT
HEALTH CENTER
PROGRESS NOTES

| NAME | William Mack | DEPT / JOB TITLE | Security |

**DATE/TIME**

7-9-00
12 PM
S. I strained my shoulder today while lifting a Battery. Can I Have some ADVIL
O  Pulled shoulder while lift
A  Has ROM c̄ Lt shoulder Discomfort
P  IBUProphine 2 tbs Po now   To return if Discomfort Persists
                                   Jm Miller RN

8-2-00
12:01
S  Can I HAVE some IBProphen For a toot Ache
O  Too Toth Ache
A  AMH
P  IBProphen 2 tbs Po now.        Jm Miller RN

10/1/00
6 AM
S) Mack c/o pain from his ℞ shoulder + upper arm. He says this pain began about "1/2 hr. ago". He denies any injury, lift wgts. exercises, overuse, or pressure to ℞ arm that could have caused this.
O) B/p 130/90
   ℞ arm - the bicep muscle feel tight & the skin is warm to this area — He points to A/c joint where he feels the most pain. He has full ROM
A) R/o Bursitis of ℞ shoulder
P) - given IBUPROFEN 200 mg m x2 (PO)
   - Ben Gay analgesic balm applied + 4" ace bdg to upper arm
   - adv to try ice/or warm moist compress x20 min ℞ LD
   - adv to ↑ ℞ arm ↑ heat
   - adv + see DRS R. if no improvement & V on CORTISONE SHOT
   - Nite - Mack must go to another job after this today.
   - RTW - adv to take B/p GWK.        Margaret Cummings

1/20/01
11 PM
S) Mack says his uvula is swollen + that he has a sore throat x1 day. Says son has similar symptoms
O) throat - Both tonsil swollen
A) R/o Tonsillitis
P) given IBUPROFEN 200 mg m x2 (PO)   + SUDAFED 30 mg m x2 (PO)
   + THROAT LOZ x9 PRN
   - adv to gargle c̄ warm salt water     — take VIT C
   + lots of juice/fluid
   + If not better in 3D —see Dr.    Margaret Cummings RN

POST 000641

**FAIRFAX HOSPITAL**
**Department of Emergency Medicine**
3300 Gallows Road, Falls Church, VA 22046  698-3111
## DISCHARGE INSTRUCTIONS

08/12/03                    PATIENT IDENTIFICATION

☐ Abdominal Complaints        ☐ Epistaxis              ☐ Head Injuries
☐ Animal Bites                ☐ Ear Infection          ☐ Lacerations & Wound Care
☐ Asthma                      ☐ Eye Injuries           ☐ Sprains / Contusions
☐ Back Strain                 ☐ Fractures              ☐ U.R.I.
☐ Burns                       ☐ Gastroenteritis        ☐ U.T.I.
☐ Corneal Abrasion            ☐ Fever Control          ☐ Vomiting / Diarrhea (Pediatric)
☐ Medication Instructions     ☐ Headache               ☐ Other Instructions

Atypical chest pain
start Motrin 600m every 6 hours

Return to Emergency Department if: worsening pain, diffculty breathing
Referred to personal or on-call physician Dr. _____ for:
☐ Follow-up care in 2 - 3 days    ☐ If needed              ☐ X-Ray follow-up
☐ Suture removal in _____ days    Time off from work: _____ days    ☐ Culture result follow-up
Other: for stress test

**SCHOOL OR WORK EXCUSE**

☐ No school _____ days          ☐ No work _____           ☐ May return to school on _____
☐ No Physical education _____   ☐ Light duty for _____ days    ☐ May return to work on _____

POST 000642

I certify that I have received and understand these Discharge Instructions.

_____        8/12/03          09:30 AM
Signature (Patient / Relative)   Date              Time

_____                          _____
Physician Signature                               Nurse Signature

FAIRFAX HOSPITAL - Dept. of Emergency Medicine - 3300 Gallows Road, Falls Church, VA 22046 - 698-3111

ED-3513/R9/91
CAT. NO. 96220
(Pkgs 100)

PATIENT COPY

# The Washington Post

# HEALTH CENTER

### RELEASE TO WORK SLIP

*William Mack*

**Name of employee**

Work related? Y___ N _X_.

*5/6/03*

**Date of injury**

**Returned to: <u>RESTRICTED DUTY</u> on** _____

**Date**

**Explain restrictions:** _____

_____

_____

_____

**<u>FULL DUTY</u> on** _____ *5/7/03* _____

**Date**

*5/7/03*

**Today's date**

*Andy Matson*

**Nurse's signature**

**ORIGINAL TO HEALTH CENTER MANAGER; COPY TO EMPLOYEE'S SUPERVISOR**

Rev. 4/95

Tracking # KP  447618

## KAISER PERMANENTE.

5 510 516 75
MACK WILLIAM

Patient Identification

## OPL REFERRAL FORM /
## VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**    ☐ Yes  ☐ No    Injury date _____

The above named patient has: (circle all appropriate)

    1. received medical treatment           treatment date(s) _____

    2. received medical advice             advice date(s)  5-6-03

Physical Findings/Diagnosis ___ MEDICAL ILLNESS _____

Disability/Illness _____ Disability/Illness date from _____ to _____

The patient:

☑ Has been ill and unable to work from  5-6-03  to  5-6-03 .

☐ May resume regular work on  5-7-03

☐ May resume restricted work as follows _____

    from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

    At _____ and _____ for ____ days. Possible reaction _____

    Special instructions _____

☐ Advice protocol _____

_Karen Tummi RN_                        5-7-03
Signature and printed name           Provider #          Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

_William A Mack_                          5/6/03
Signature (patient)             POST 000644           Date

**FAIRFAX HOSPITAL**
**Department of Emergency Medicine**
3300 Gallows Road, Falls Church, VA 22046  698-3111

## DISCHARGE INSTRUCTIONS

08/12/03

PATIENT IDENTIFICATION

| | | |
|---|---|---|
| ☐ Abdominal Complaints | ☐ Epistaxis | ☐ Head Injuries |
| ☐ Animal Bites | ☐ Ear Infection | ☐ Lacerations & Wound Care |
| ☐ Asthma | ☐ Eye Injuries | ☐ Sprains / Contusions |
| ☐ Back Strain | ☐ Fractures | ☐ U.R.I. |
| ☐ Burns | ☐ Gastroenteritis | ☐ U.T.I. |
| ☐ Corneal Abrasion | ☐ Fever Control | ☐ Vomiting / Diarrhea (Pediatric) |
| ☐ Medication Instructions | ☐ Headache | ☐ Other Instructions |

Atypical chest pain
start Motrin from every 6 hours

Return to Emergency Department if: ___ worsening pain, difficulty breathing ___

Referred to personal or on-call physician Dr. ___ Konsul ___ for: ___

☐ Follow-up care in _2 - 3_ days    ☐ If needed    ☐ X-Ray follow-up

☐ Suture removal in ___ days    Time off from work: ___ days    ☐ Culture result follow-up

Other: ___ for stress test ___

---

## SCHOOL OR WORK EXCUSE

☐ No school ___ days    ☐ No work ___    ☐ May return to school on ___

☐ No Physical education ___    ☐ Light duty for ___ days    ☐ May return to work on ___

---

I certify that I have received and understand these Discharge Instructions.

_____    8/12/03 ___ ___ AM
Signature (Patient / Relative)    Date    Time

_____    _____
Physician Signature    Nurse Signature

FAIRFAX HOSPITAL - Dept. of Emergency Medicine - 3300 Gallows Road, Falls Church, VA 22046 - 698-3111

PATIENT COPY

ED-3513/R8/91
CAT. NO. 96220
(Pkgs 100)

**POST 000645**

# The Washington Post

## HEALTH CENTER

### RELEASE TO WORK SLIP

_William Mack_ _____      Work related?  Y___ N_X_ .
**Name of employee**

_3/17/03_ _____
**Date of injury**

**Returned to:  RESTRICTED DUTY** on _____
                                    **Date**

            **Explain restrictions:** _____

                                       _____

                                       _____

                                       _____

            **FULL DUTY** on        _3/20/03_ _____
                                    **Date**

_____3/20/03_____          _Andy Mantis_ _____
**Today's date**                **Nurse's signature**

**ORIGINAL TO HEALTH CENTER MANAGER; COPY TO EMPLOYEE'S SUPERVISOR**

Rev. 4/95

POST 000646

 **Fort Washington Hospital**
11711 Livingston Road
Fort Washington, Maryland 20744
(301) 292-7000

Patient's name: _William Mack_ has been seen on:

Date: _3/17/2003_

Patient may:   Return to work/school: (date) _3/20/2003_

Signed: _____ M.D.

FWMC Form 6176  Rev 10/98

POST 000647



**FORT WASHINGTON HOSPITAL**
11711 Livingston Road
Fort Washington, Maryland 20744
(301) 292-7000

O'MARA, SUSAN R
11/16/1960          5   LD
F0307650051              03/17/2003
301-839-6528

# EMERGENCY DEPARTMENT
# DISCHARGE INSTRUCTIONS

IMPRINTER

Call or see your personal doctor or Dr. _S. HAMMASIN_ specialty: _HAND SURGEON_

at _301 203 0030_ for another exam in _2-3_ days.

You were treated in the Emergency Department for _(R) HAND LACERATION_ by Dr _PAT ARSEN_
You were given these medications in the Emergency Department:

1._____ 2._____ 3._____ 4._____

You were given these prescriptions in the Emergency Department:

1._VICODIN ES_

2._____

3._____

**Return to the ER if:** _w/ lip numbness PAIN / FEVER / VOMIT_

**See instruction sheet(s) about:** _WOUND CARE_

**Additional instructions:** _RECHECK 2 DAYS WITH HAND SURGEON or E.D._

Return to the ER if you feel worse and if you are unable to schedule a follow-up appointment.
**Please follow the instructions that are checked below:**

POST 000648

- ☐ Tylenol (or generic acetaminophen) every 4 hours while awake for pain or fever.
- ☐ Motrin (or generic ibuprofen) every 6 hours while awake for pain or fever.
- ☐ Benadryl (or generic diphenhydramine) liquid or pills for itching.
- ☐ Drink plenty of fluids.
- ☑ Cool compress (ice wrapped in a towel) for 20 minutes every 1-2 hours while awake as needed for pain or swelling.
- ☐ Heating pad for 20 minutes every 1-2 hours while awake as needed for pain.
- ☑ Elevate extremity to reduce pain and swelling.
- ☐ Wear splint and/or use crutches until you follow-up with the doctor.
- ☐ Wear splint and/or use crutches for_____days.
- ☑ Rest after you leave. No driving or drinking alcohol today since you were given medication that causes drowsiness.
- ☐ No driving or drinking alcohol when taking _VICODIN_, because it causes drowsiness.
- ☑ Take an over-the-counter stool softener (example:docusate) to prevent constipation when taking the prescribed pain medication.
- ☐ Stitches must be removed in_____days. Follow up with your doctor or return to the ER between 6am and 9am for removal.
- ☐ Your blood pressure was high. Get your blood pressure checked 2-3 more times within the next 2 weeks and follow up with an internist or your family doctor.
- ☐ Stop smoking because it causes cancer and other serious health problems.
- ☐ Stop drinking alcohol.
- ☐ An abnormality was seen on your x-ray. Follow up with your doctor or the doctor written above to determine if more tests are needed.

DO NOT call the ER for lab results. Any positive result that requires a change in treatment will be called to you.
We cannot provide work note extensions or prescription refills.

**I have received and understand the discharge instructions given to me in the Emergency Department at Fort Washington Hospital.**
Signature:_____ Relationship to patient:_____ Date:_____
If you would like to make any comments about the care you received in the Emergency Department, please contact:
Dr. Patrick Daly, Emergency Department Medical Director, at 301-203-2253.

FWH Form 6033 Revised 11/02          White-Chart          Yellow-Physician          Pink-Patient          Gold- ED



**Fort Washington Hospital**
11711 Livingston Road
Fort Washington, Maryland  20744
(301) 292-7000

Patient's name: _William Mack_ has been seen on:

Date: _3/17/2003_

Patient may:   Return (to work)/school: (date) _3/20/2003_

Signed: _____ M.D.

FWMC Form 6176  Rev 10/98

POST 000649

**FORT WASHINGTON HOSPITAL**
11711 Livingston Road
Fort Washington, Maryland 20744
(301) 292-7000

F000873661      H   42Y   M
OMARA,SUSAN R
11/16/1960                5   LD      ER
F030700051                         03/17/2003
301-839-6528

IMPRINTER

## EMERGENCY DEPARTMENT
## DISCHARGE INSTRUCTIONS

Call or see your personal doctor or Dr. _SHAMMAS_ specialty: _HAND SURGEON_
at _301 23-0030_ for another exam in _3-5_ days.
You were treated in the Emergency Department for _RT HAND LACERATION_ by Dr. _K. HASSEN_
You were given these medications in the Emergency Department:

1. _____ 2. _____ 3. _____ 4. _____
You were given these prescriptions in the Emergency Department:

1. _VICODIN ES_

2. _____

3. _____

**Return to the ER if:** _any sign increase pain / redness / drainage_

**See instruction sheet(s) about:** _WOUND CARE_

**Additional instructions:** _RECHECK 2 DAYS W/ DR_
_HAND SURGEON OR E.D._

Return to the ER if you feel worse and if you are unable to schedule a follow-up appointment.
**Please follow the instructions that are checked below:**
☐ Tylenol (or generic acetaminophen) every 4 hours while awake for pain or fever.
☐ Motrin (or generic ibuprofen) every 6 hours while awake for pain or fever.
☐ Benadryl (or generic diphenhydramine) liquid or pills for itching.
☐ Drink plenty of fluids.
☑ Cool compress (ice wrapped in a towel) for 20 minutes every 1-2 hours while awake as needed for pain or swelling.
☐ Heating pad for 20 minutes every 1-2 hours while awake as needed for pain.
☑ Elevate extremity to reduce pain and swelling.
☐ Wear splint and/or use crutches until you follow-up with the doctor.
☐ Wear splint and/or use crutches for_____days
☑ Rest after you leave. No driving or drinking alcohol today since you were given medication that causes drowsiness.
☑ No driving or drinking alcohol when taking _Vicodin_, because it causes drowsiness.
☑ Take an over-the-counter stool softener (example:docusate) to prevent constipation when taking the prescribed pain medication.
☐ Stitches must be removed in_____days. Follow up with your doctor or return to the ER between 6am and 9am for removal.
☐ Your blood pressure was high. Get your blood pressure checked 2-3 more times within the next 2 weeks and follow up with an internist or your family doctor.
☐ Stop smoking because it causes cancer and other serious health problems.
☐ Stop drinking alcohol.
☐ An abnormality was seen on your x-ray. Follow up with your doctor or the doctor written above to determine if more tests are needed.
DO NOT call the ER for lab results.  Any positive result that requires a change in treatment will be called to you.
We cannot provide work note extensions or prescription refills.

**I have received and understand the discharge instructions given to me in the Emergency Department at Fort Washington Hospital.**
Signature:_____Relationship to patient:_____Date:_____
If you would like to make any comments about the care you received in the Emergency Department, please contact:
Dr. Patrick Daly, Emergency Department Medical Director, at 301-203-2253.

FWH Form 6033 Revised 11/02        White-Chart        Yellow-Physician        Pink-Patient        Gold- ED

**POST 000650**

Tracking # KP 712826



**KAISER PERMANENTE.**

551051675
MACK,WILLIAM

11/16/1960

Patient Identification

## OPL REFERRAL FORM /
## VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**   ☐ Yes  ☐ No   **Injury date** _____

The above named patient has: (circle all appropriate)

(1.) received medical treatment

2. received medical advice

treatment date(s) _2/27/03_

advice date(s) _____

Physical Findings/Diagnosis _____

Disability/Illness _____ Disability/Illness date from _____ to _____

_____

The patient:

☐ Has been ill and unable to work from _2/27/03_ to _____

☐ May resume regular work on _2/28/03_

☐ May resume restricted work as follows _____

from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

At _____ and _____ for _____ days. Possible reaction _____

Special instructions _____

☐ Advice protocol _____

_____  J A Weddington  8499  2/27/03
Signature and printed name          Provider #          Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

POST 000651

# The Washington Post

## HEALTH CENTER

### RELEASE TO WORK SLIP

_William Mack_ _____          Work related?  Y___N_✓_.
**Name of employee**

_Date of treatment  2/27/03_ _____
**Date of injury**

**Returned to: <u>RESTRICTED DUTY</u> on** _____
                                              **Date**

         **Explain restrictions:** _____

         _____

         _____

         _____

         **<u>FULL DUTY</u> on**          _2/28/03_ _____
                                              **Date**

_3-1-03_ _____          _Regina Brown, RN._ _____
**Today's date**                          **Nurse's signature**

ORIGINAL TO HEALTH CENTER MANAGER; COPY TO EMPLOYEE'S SUPERVISOR

Rev. 4/95

Tracking # KP  712826



## KAISER PERMANENTE.

S51051675
MACK.WILLIAM

11/16/1960

Patient Identification

## OPL REFERRAL FORM / VERIFICATION OF TREATMENT

IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?   ☐ Yes  ☐ No   Injury date _____

The above named patient has: (circle all appropriate)

1. received medical treatment          treatment date(s) 2/27/03

2. received medical advice              advice date(s) _____

Physical Findings/Diagnosis _____

Disability/Illness _____ Disability/Illness date from _____ to _____

The patient:

☐ Has been ill and unable to work from 2/27/03 to _____ .

☑ May resume regular work on 2/28/03

☐ May resume restricted work as follows _____

from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

At _____ and _____ for _____ days. Possible reaction _____

☐ Special instructions _____

☐ Advice protocol _____

| Signature and printed name  JA Weddington | Provider # 8499 | Date 2/27/03 |

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

POST 000653

# The Washington Post

## HEALTH CENTER

### RELEASE TO WORK SLIP

_William Mack_                          Work related?  Y___ N ___ ✓
**Name of employee**

_Date of treatment 2/27/03_
**Date of injury**

**Returned to: <u>RESTRICTED DUTY</u> on** _____
                                               **Date**

**Explain restrictions:**        _____

_____

_____

_____

**<u>FULL DUTY</u> on**            _2/28/03_____
                              **Date**

_3-1-03_____          _Regina Brown, RN._____
**Today's date**                  **Nurse's signature**

**ORIGINAL TO HEALTH CENTER MANAGER; COPY TO EMPLOYEE'S SUPERVISOR**

Rev. 4/95

POST 000654

Tracking # KP  485502

**KAISER PERMANENTE.**

Mack, William
551051675

Patient Identification

# OPL REFERRAL FORM / VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**  ☐ Yes  ☒ No    Injury date _____

The above named patient has: (circle all appropriate)

    1.  received medical treatment    treatment date(s) _____

    2.  received medical advice    advice date(s) _____

Physical Findings/Diagnosis _____ Eye - Swelling _____

Disability/Illness _____    Disability/Illness date from _____ to _____

The patient:

☐ Has been ill and unable to work from  4·8·02  to  4-8-02 .

☐ May resume regular work on  4·9·02 _____

☐ May resume restricted work as follows _____

    from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

    At _____ and _____ for _____ days. Possible reaction _____

    Special instructions _____

☐ Advice protocol _____

Jenette Robinson, RN _____ 4·9·02

Signature and printed name    Provider # _____    Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

**POST 000655**

Signature (patient) _____    Date _____

Tracking # KP 713841

Mack, William
5510 51675

## KAISER PERMANENTE.

## OPL REFERRAL FORM /
## VERIFICATION OF TREATMENT

Patient Identification

IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED,
OR THE RESULT OF AN ACCIDENT?    ☐ Yes  ☐ No    Injury date _____

The above named patient has: (circle all appropriate)

    1. received medical treatment    treatment date(s) _____

    2. received medical advice    advice date(s) 10·16·02

Physical Findings/Diagnosis _____ Back Pain _____

Disability/Illness _____    Disability/Illness date from _____ to _____

The patient:

☐ Has been ill and unable to work from 10·16·02 to 10·16·02 .
                                     10·17·02

☐ May resume regular work on _____

☐ May resume restricted work as follows _____

    from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

    At _____ and _____ for _____ days. Possible reaction _____

    Special instructions _____

☐ Advice protocol _____

_Linette Robinson, RN_    Provider # _____    10·17·02

Signature and printed name    Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND
I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT
MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

_William A Mack_    POST 000656    10/16/02

Signature (patient)    Date

Tracking # KP 475460



**KAISER PERMANENTE.**

551051675
PACE, WILLIAM

11/16/1960

## OPL REFERRAL FORM /
## VERIFICATION OF TREATMENT

Patient Identification 102802

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**   ☐Yes ☐No   Injury date _____

The above named patient has: (circle all appropriate)

    1. received medical treatment          treatment date(s) _10/28/02_

    2. received medical advice             advice date(s) _____

Physical Findings/Diagnosis _____

Disability/Illness _____ Disability/Illness date from _____ to _____

The patient:

☐ Has been ill and unable to work from _10/23/02_ to _10/28/02_

☐ May resume regular work on _10/29/02_

☐ May resume restricted work as follows _____

    from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

    At _____ and _____ for _____ days. Possible reaction _____

    Special instructions _____

☐ Advice protocol _____

_____  8499  _____  10/28/02
Signature and printed name            Provider #           Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

POST 000657

Tracking # KP  494113

  1701

## KAISER PERMANENTE.

551051675
MACK.WILLIAM
M       A       11/16/1960

Patient Identification

## OPL REFERRAL FORM / VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**   ☐ Yes  ☒ No   **Injury date** _____

The above named patient has: (circle all appropriate)

(1) received medical treatment      treatment date(s) __7-8-02__

2. received medical advice          advice date(s) _____

Physical Findings/Diagnosis _____ Clinic appt _____

Disability/Illness _____ Disability/Illness date from _____ to _____

The patient:

☐ Has been ill and unable to work from _____ to _____ .

☒ May resume regular work on __7-9-02__

☐ May resume restricted work as follows _____

from (date) _____ until approximately _____

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

At _____ and _____ for _____ days. Possible reaction _____

Special instructions _____

☐ Advice protocol _____                    $499

_____
Signature and printed name          Provider #          Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

POST 000658

X  William A Mack                    7/8/02
                                     Date

# Kaiser Permanente Pace System Report
## MACK,WILLIAM          551051675
### H: 301-839-6528
### W: 703-916-2220

11/08/2002 (FRI) 11:30 AM  FOLLOW-UP
   PHYSICAL THERAPY 3553-PAYDO,MICHAEL  LARGO

11/04/2002 (MON) 10:00 AM  FOLLOW-UP
   PHYSICAL THERAPY 3553-PAYDO,MICHAEL  LARGO

10/28/2002 (MON) 1:30 PM  FOLLOW-UP
   PHYSICAL THERAPY 3457-KINCAID,YVETTE M  LARGO

10/28/2002 (MON) 10:15 AM  ROUTINE
   DERMATOLOGY 8499-WEDDINGTON,JEFFREY  CAMP SPRINGS

10/23/2002 (WED) 1:30 PM  (CANCELLED)  FOLLOW-UP
   PHYSICAL THERAPY 3457-KINCAID,YVETTE M  LARGO

10/16/2002 (WED) 10:30 AM  CONSULTATION
   PHYSICAL THERAPY 3457-KINCAID,YVETTE M  LARGO

08/21/2002 (WED) 2:30 PM  FUTURE APPOINTMENT
   INTERNAL MEDICINE 8750-NGUYEN,THU B  CAMP SPRINGS

08/15/2002 (THU) 3:15 PM  FUTURE APPOINTMENT
   INTERNAL MEDICINE 2493-JENNE,LOUISE G  CAMP SPRINGS

08/13/2002 (TUE) 9:00 AM  FUTURE APPOINTMENT
   INTERNAL MEDICINE 2493-JENNE,LOUISE G  CAMP SPRINGS

07/08/2002 (MON) 9:30 AM  ROUTINE
   DERMATOLOGY 8499-WEDDINGTON,JEFFREY  CAMP SPRINGS

06/10/2002 (MON) 4:15 PM  FUTURE APPOINTMENT
   INTERNAL MEDICINE 8333-CHUKE,JOHN  CAMP SPRINGS

05/09/2002 (THU) 2:00 PM  (CANCELLED)  SAME DAY
   INTERNAL MEDICINE 8333-CHUKE,JOHN  CAMP SPRINGS

03/15/2002 (FRI) 8:15 AM  ROUTINE
   DERMATOLOGY 7872-FLOOD,ALLEN A.  MARLOW HEIGHTS

02/13/2002 (WED) 9:00 AM  (CANCELLED)  ROUTINE
   DERMATOLOGY 7872-FLOOD,ALLEN A.  MARLOW HEIGHTS

01/16/2002 (WED) 8:45 AM  ROUTINE
   DERMATOLOGY 7872-FLOOD,ALLEN A.  MARLOW HEIGHTS

11/08/2001 (THU) 10:15 AM  ROUTINE
   DERMATOLOGY 7872-FLOOD,ALLEN A.  MARLOW HEIGHTS

11/08/2001 (THU) 9:00 AM  ROUTINE
   DERMATOLOGY 7872-FLOOD,ALLEN A.  MARLOW HEIGHTS

09/28/2001 (FRI) 8:30 AM  FUTURE APPOINTMENT

KAISER PERMANENTE
Camp Springs Medical Facility
6104 Old Branch Avenue
Temple Hills. MD  20748



**KAISER PERMANENTE.**

Mack. William
5510 - 516 - 75

Patient Identification

## OPL REFERRAL FORM / VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?** ☐ Yes ☑ No    **Injury date** _____

The above named patient has: (circle all appropriate)

    1. received medical treatment     **treatment date(s)** _____

    (2.) received medical advice      **advice date(s)** 10/7/02

Physical Findings/Diagnosis _____

Disability/Illness _____ Disability/Illness date from _____ to _____

The patient:

☐ Has been ill and unable to work from 10/7/02 to 10/7/02 .

☐ May resume regular work on 10/8/02

☐ May resume restricted work as follows _____

*Received 10/9/02*

  from (date) _____ until approximately _____

*E AK*

☐ Will need a follow-up appointment on or about _____

☐ Is able to participate in competitive sports.

☐ May return to school on _____

☐ Should be excused from Physical Education until _____

☐ Is on _____ medication and should receive _____ dose(s).

☐ At _____ and _____ for _____ days. Possible reaction _____

☐ Special instructions _____

☐ Advice protocol _____

| K Bellry | A10DB | 10/8/02 |
|---|---|---|
| Signature and printed name | Provider # | Date |

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

| Willie A Mack | 10-8-02 |
|---|---|
| Signature (patient) | Date |

002231-i-i (03/01)      MEMBER

POST 000660

Tracking # KP 628161



**KAISER PERMANENTE.**

*5 5 10 5 16 7 5*
*MACK, WILLIAM*

Patient Identification

## OPL REFERRAL FORM /
## VERIFICATION OF TREATMENT

**IS THERE EVIDENCE THAT THIS INJURY/ILLNESS IS WORK-RELATED, OR THE RESULT OF AN ACCIDENT?**   ☐ Yes   ☑ No   **Injury date** _____

The above named patient has: (circle all appropriate)

①. received medical treatment        treatment date(s) *8-13-02*
②. received medical advice           advice date(s) *8-13-02*

Physical Findings/Diagnosis _____ *medical condition*

Disability/Illness _____   Disability/Illness date from _____ to _____

The patient:

☑ Has been ill and unable to work from *8-13-02* to _____.     *Received 8/19/02*
☑ May resume regular work on *8-14-02*
☐ May resume restricted work as follows _____

☐ from (date) _____ until approximately _____
☐ Will need a follow-up appointment on or about _____     **POST 000661**
☐ Is able to participate in competitive sports.
☐ May return to school on _____
☐ Should be excused from Physical Education until _____
☐ Is on _____ medication and should receive _____ dose(s).
    At _____ and _____ for _____ days. Possible reaction _____.
    Special instructions _____
☐ Advice protocol _____

_____   *2493*        *8-113-02*
Signature and printed name        Provider #      Date

I HEREBY CERTIFY THAT I HAVE REVIEWED, UNDERSTAND AND AGREE TO THE INFORMATION ABOVE, AND I AUTHORIZE THE RELEASE OF THIS INFORMATION TO MY EMPLOYER OR ANY OTHER PERSON OR ENTITY THAT MAY BE RESPONSIBLE FOR PAYMENT OF SERVICES RENDERED.

*William A Mack*        *8-13-02*
Signature (patient)        Date



THE WASHINGTON POST    Employee Notification
Form

| EXAMINEE'S NAME (Last, First) | OFFICE | FAX # | PROJECT # | EXAM DATE |
|---|---|---|---|---|
| *Mack, William  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* | *Springfield, VA* | *703-916-2005* | *PST10* | *04/16/2001* |

**Washington Occupational Health Associates, Inc. has reviewed the results of the history, physical examination, and laboratory tests authorized by    THE WASHINGTON POST.**

*This was a Respirator Review examination.   The record is COMPLETE.*

## RESPIRATOR CERTIFICATION

This individual has been examined per OSHA Standards (29 CFR 1910.134).  In my opinion, this individual: is medically QUALIFIED.

**POST 000662**

*I have informed the examinee in writing of  medical conditions discovered that require further examination or treatment.*

| REVIEWING PHYSICIAN (PRINT) | PHYSICIAN'S SIGNATURE | DATE |
|---|---|---|
| *Samuel J. Scott, Jr.,  M.D., M.P.H.* | | *05/02/2001* |
| MANAGER (PRINT) | MANAGER'S SIGNATURE | DATE |
| | | |
| EMPLOYEE (PRINT) Mack, William  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 | EMPLOYEE'S SIGNATURE | DATE |

| WMRPENFX.FRX | Distribution: PST, Examinee, Chart | REVISION 2/2/95 |
|---|---|---|