7-3 Shift Messages Read ... (DSB) JW

9-7-04 Eric of CIS on site to fix LENEL ... DSB

11:20 A — The LENEL SYSTEM IS BACK UP and Running — All doors - alarms are Back ON-LINE and operating ... DSB

10:50 A — Gene transported Employees to VMAC ... DSB

11:20 A — Gene Returned from VMAC w/ Employees ... DSB

3 to 11
9/7/04  All messages read. BM. F.M. ⓝ

5:50pm. FYI Imini Magruder Call sick For tonight 11-7 shift at this time ..... F.M. ⓝ

5:30pm. FYI 4/T Gate key is Not in Any of the key's Boxes. And there are two diferent different Numbers in the key's list on the computer ..... F.M. ⓝ
→ Back in (R) Cabinet ..... DSB

9/7/04  All MESSAGES READ DK, ✓
11-7

12:10AM  Dan Jackson called in for sick leave on 9/8/04 (3-11) shift.

12:30  Robinson Terminal Gate found open but B. King during Morse †Tour

POST 001283

6:44pm An employee transported to INOVA for drug exam by Donald Jackson... F.M.

7:05pm Imani Magruder call sick for 11-7 shift... F.M. Will run w/3 guards

7:48pm Sean Johnson P/U his wallet at this time... F.M.

7:49pm Donald Jackson returned with the employee from INOVA... F.M.

7:51pm Donald Jackson fill up the Blazer (11 gallons)... F.M.

11-7 SHIFT
11-15/04 All messages read JK/

11/6/04
7-3 SHIFT   All messages read /BWC, Mack

11:45 AM Imani called in sick for 11-7 shift

3-11 Shift
11/6/04   Messages Read / DmJaker, Mack

11-7 SHIFT
11/6/04 all messages read JK.

4:00am Bernard Carr called off sick for 7am-3pm & 3pm-11pm shifts

3 to 11
1/5/05 All messages read BM./BWL

4:05pm Imani called in sick for 11-7 shift — tonight (1/6/05).

4:30pm Keys #103 issued to Continental Gas Co. Returned

1/6/05
11-7 All messages Read OK

1/7/05
7-3 All message Read... F.M.

7:08A William Mac call in sick for the 3-11 shift.
8⁰⁰A Bob Momeni will be in for 3-11 shift
9⁵⁵A Darrel Martin has Blazer. Returned

Smitty has Key #132  Returned

12⁰⁵pm Freddy opened Wrench Bldg for Dominion Power Meter Reader.

3-11 Shift
1/7/04   All Messages Read   BM.

3:35pm Imani called in sick for 11-7 shift (tonight 1/6/05)

POST 001387

2/6/05  All messages Read. CHBIII
3-11

2/6/5
11-7  All Messages read. MC

6:10A McNeil put 14.7 gal. gas in the Blazer CB

MONDAY
02-07-05  All Messages Read [signature] CDIBH
7-3

2/7/05
3-11  All messages read, Bpl. JWC

2:45pm in 10:45pm Shift All Messages Read W/Jack

1:30 PM IMINE Called in For Sick Leave For Tues 2/8
11-7 Shift

11-7
2/8/4  All Messages read. MC

Tues
2-8-05  All Messages Read [signature]
7-3  10:15 am Inside Entrance to McZvang "Disaster Stores" Room will be blocked open or Afler time for identifiant. City Janitor Responsible for Removing #Not For Security.

66

7-3 Shift   Messages Read [DrDb] DW ~~BM~~
5-10-05

3 to 11   No message to read BM - F.W. 10p
5/10/05

10:00 pm   Momeni found Robinson Terminal's front gates open; gates closed and secured. WJackson

5/10/05
11-7 SHIFT  ALL MESSAGES READ JK, [sig]

11:50p   Conf Room B1 opened for LJ.

WED -   Messages Read DW, DrDb
05-11-05
7-3

All Shifts: PLEASE NOTE WHEN ANY FORMS OR OUTSIDE EMPLOYMENT APPLICATIONS ARE RUNNING LOW AND MAKE EXTRA COPIES ...DrDb

2:00 pm   Imani MAGRUDER CALLED IN SICK 11-7 Shift; Tonight- Winged Will be in early. WJackson

5/11/05  All messages read BM- WJackson
3-11 shift   5:21 pm - Momeni transported an employee to VMAC. 5:56 pm Momeni returned with employee.

POST 001475

Next pg.

78

7-3 Sing Messages Read (BM) GW
6-1-05

5-30
DAVE FRYE LOST
HIS ATM CARD —
THINKS IT MIGHT
BE IN HIS DIRTY
UNIFORM —
240 832-7030
301 779-0622

2:20p — F.Y.I Bernard Carr called to Say
he would not be able to work 3-11
Shift — Call forwarded to Smitty.

3 to 11
6/1/05 All messages read BM.

4:15pm Imani call in sick for 11-7 shift.
G/M Amankwah will work 11-7 shift   BM

POST 001487

114

| | |
|---|---|
| 11p-7a | Read all messages @ BM |
| 11:50 pm | Imani found Robertson Terminal gate open @ this time TW |
| 11:53 pm | Robertson Terminal checked and secured @ this time |

7-3 Smitty    Messages Read ... DSB
7-22-05
7:10a - Blazer filled by Gary w/ 12 gal ... DSB
7:45a - Key #136 issued to Smitty to access I.D. machines ... DSB  Returned

F.Y.I  NEW SEAT COVERS WERE PLACED
IN SECURITY BLAZER ... DSB

* * ALSO - THE TAPE ON SIDE MIRRORS OF
BLAZER IS TO KEEP THE BIRDS FROM
PECKING AT MIRROR - PLEASE DO NOT
REMOVE - IT IS TREATED W/ SOME
SOLUTION .. DSB

3 to 11
7/22/05 All messages read BM.DK

4:00pm Imani called in sick for 11-7 shift to
night (7/22/05) Smitty notified. BM.
9:55pm. Dig-CAMERA is missing out of CABET

POST 001523

3 to 11 cont...

8/3/5 1:47 All messages read. MSK.

4:30 I Magruder transported an Employee to Springfield Hosp.

7:3 Shift Messages Read... DSB FW

8-4-05
7:5 Kry 136 issued to Smitty for
T.D. Set up ... DSB / Reviewed

5pm Imani Returned From Hosp. w/ Employee

8/4/05 All messages read BM/F.M. Carter
3 to 11
6:50 pm - Imani Magruder called will not be in tonight. MJacks

7-3 shift (8/5)
Security Payroll checks for behind Monitor at Front desk MJacks

8/4/05 All Messages Read JK H
11-7 Shift. McNeil Put signal in Blazer

POST 001532

9/16/05
3-11 Shift    All Messages Read /h/Jackr

2:35 Momeni transported employee from VMAC h/Jackr

4:20 Momeni transported employee to VMAC
5:00pm Momeni returned. /h/Jackr

5:30pm Jackson transported employee from VMAC

9/16/05 Mark Gregory requested GM key to open Carlos
11-7 (11:10pm) Almeida office door. Removed supplies. /M

6:25AM Truland came in to check the Fire Alarm c/3
Trouble Alarm repaired by Truland
7-3 Shift All Messages Read. WM, OHBIII

10:25AM Brooks making Inova Run. WM

1:40pm MACK p/u from INOVA. OHBIII

2.pm IMANI Call off sick for the 11-7 sh
WM / Ayichew of Guardsmark will be in. h/Jackr

9/17/05
3-11 Shift    All Messages Read /h/Jackr

Employees' Entrance door not securing - electric-
magnet and metal plate not making contact. h/Jackr

POST 001558

11/15/05
11-7 SHIFT ALL MESSAGES READ DK/NA

11:10P D. King transported an employee to Inova Springfield, Returned to Plant 12:10 AM

11/16/05  Smitty called off for Today's morning
5:15 AM   shift. JM

11/16/05  Bob Momeni called off sick for
5:44 AM   today's evening shift (3-11). JM

WED.      Messages Read GW
11-16-05  3-11 shift will be worked by
7-3       Wingert
     11:15 Roddy McPherson DEPARTED for College Park
     11:50AM A&J VIDEO ARRIVED to Remove video
          Machines From CAFETERIA - Roddy &
          MARTHA were AWARE OF IT. Apparently
          Security WAS the only ONE NOT TO
          BE AWARE OF IT. HARVEY WARE is
          ESCORTING the MOVERS.

2:00P   - F.Y.I Johnson Control Rep DON
          CHOTOS back in to work on
          Honeywell System - Tony Agapas
          is w/ him - DSB

POST 001605

7-3 Shift All Messages Read. WM
11/19/05

7:18 PM Imani call of sick for tonite shift 11-7. WM

1:36 Ambulance transport was called "by modesty nurse" for storeroom solutions employee

9 AM Ambulance co. 26 arrive for Mail Rm STAFF. WM

10:30 Ambulance co. 26 exit with mail Rm STAFF. WM

11/19/05 All Messages Read DK, OHBars
3-11 Shift

11/19/05
11-7 All Messages Read c/3

11/20/05 All Messages Read. WM, OHBars
7-3

11/20/05 All Messages Read. WM OHBars
3-11

11-7 All messages read. AH
11/2/05

POST 001608

12/1/05 All messages read JK.
11-7 Shift

12/02/05 Smitty called off sick. [sig]
11-7

2-3 [sig] Messages Read ... [sig] DW

8⁴⁵ Jones from Circulation stated semi (J.R. Trucking) backed into 2 Employees Vehicles - Deb is checking out situation

9⁰⁰ AM According to Deb - Employees & Trucker will resolve the situation between them.
* Incident Report Filed.

9³⁰ Lost Cellphone Claimed by Daryl Martin of Tech Services for Tom Bradley

F.Y.I. Lee Sinks: Concerning Incident from 11-7 Shift last night - Bldg. Serv. could not Remove writing on wall. Mike Garofalo the Carpenter will paint over ... [sig] * David King will type one

11³⁰ AM Carpenter has spraypainted wall DW

3 to 11
2/2/05 All messages read BM./MC     POST 001618

3:30 PM I. Magruder called in sick for 11-7 Shift Tonight ~~[struck]~~ 12/2/05 and Tomorrow Night 12/3/05 ~~Brooks will work tonight~~ and →

3 to 11
2/2/06 All messages Read BM.

11-7 Shift (FYI)
Imani Magruder will not be in for your shift. Guardmark guard will work. HJackson

11-7 SHIFT
2/2/06 All MESSAGES READ OK. [initials]

2:45ᴬ King transported an employee to Inova Springfield.

Smitty call of for today 2/3/06

5:15 ᴬᴹ ~~[struck]~~ McNeil Pick-up Employee from Inova Springfeild

6:20 ᴬᴹ McNeil ~~[redacted]~~
→ fill Blazer 12.1 gal. of gas

FRIDAY
02-03-06  Messages Read [signature] DSB
7-3  1:30 PM Imani Magruder called in sick for 11-7 shift tonight. Bernard Carr will work shift. HJackson

3 to 11
2/3/06 All messages Read BM. Jackson

3:20 Momeni reported roof leak in vertical storage area. Eric Brink manng Tony Agrafas is aware of leak. HJackson

POST 001663

11-7 SHIFT ALL MESSAGES READ/BWC DK

7-3 Shift All Messages Read

0930 Imani called in sick for the 11-7 Shift tonight

3-11 SHIFT
2/4/06 All MESSAGES READ DK. [signature]

11-7 SHIFT
2/4/06 All MESSAGES READ DK.

2/5/06
7-3 SHIFT ALL MESSAGES READ/BWC

3-11 SHIFT ALL MESSAGES READ/BWC/GHBA

11-7
2/5/6 All Messages read. MC

POST 001664

3:45A The StepVan parked by the Gas Tanks belongs to Distributor Vaughn Martin (#116), the truck was towed their Sat/Sun morning for the weekend by the Driver. He is out of town. telephone #s are (H)301-588-0563 (cell) 202-627-0701

7-3 Shift Messages Read -- DSB DKJ

7:5A  Key #136 issued to Smithey Jones
      #56 Returned
      ID Machine -- DSB  Returned

9⁰⁰  Momodu has the Scotch Tape Dispenser
     Returned

11:45A -- ATM door finally secured by
         Bunks Rep. Brenda Detrow --DSB

3 to 11
2/24/06  All messages read BM. DK.

11-7     Messages Read. JM OHBM
2/24/06


         All messages Read: OHBM  CU
7-3 Shift
2/25/06


3-11 Shift
2/25/06  All messages Read DK. Jackson CU

10 PM  Iman called she's at the Washington Hospital
       w/ a family member. Will be in around
       1130 tonite.    CU

POST 001678

3/2/06
3 to 11   All messages read BM. [signature]

3:10pm  False Tamper alarm on zone 4  B/engineer not notified.

11-7 Shift
3/2/06   All messages read DK. [initials]
3/3/06 5:05 AM. Mack transports employee to Inova Returned at 6:03 AM.

FRIDAY
03-03-06   Messages Read [signature]
7-3   FYI
8:55 a   Momodu has the security tape dispenser... DDS Returned
11 AM  Smith has the Blazer Keys Returned

3-11 Shift
3-3-06   Messages Read [signature] BM.
FYI
In case anyone wants to know whereabouts of missing umbrella to smoking table at old loading dock, it was broken early Friday morning (12:25 AM) so it was taken down. [signature]

11-7   Shift
3/3/06   All messages read DK.
(2:30 AM)
3/4/06  Imani Magruder reported to the health center

POST 001682

4/30/06   All messages Read. ~~off Bos~~ / MACK
3-11 Shift
1500 (3pm) FYI: Jana Weathrwax @ 3pm loaded 12 bundles of paper in her truck ~~off Bos~~
7:12pm Debbie called off for the 7 to 3pm shift on 5/1/06 She is sick.

11-7
4/30/06 All messages read. MC

5:35† Brown put 12.0 gallons of gas in the vehicle. MC

Monday    Messages Read GW
05-01-06
7-3   Note week-end shifts.
Shift   Please leave Inter office mail on Marthas Desk - She will sort it on Mondays
   per: Martha ✳ Incoming Mail ✳  GW
11:00 am Smitty to VMAC for Transport of Employee Back @ 12:55 pm

12:55 Roddy has Blazer Keys. Returned

3 Pm to 11 Pm Shift All Messages Read. WM BM

F.Y.I Sub-basment (#1 Starwall) Door contact is Not working.

11-7
5/1/6 All Messages read. Mc

7-5 Shift Messages Read...

5-2-06
3 to 11 No message to read BM.

2⁴⁵ Stairwell #3 Sub-basement door Motion detector not r

7:25 Pm Imani called in sick for 11-7 shift tonight 5/02/06

8⁴⁰ Daniel Verga, utility Mailer, found in Press room by Tien Hoang- Daniel Notified. Packer Picked-up

POST 001727