**Culture** Urethral culture negative for gonococcus, may be positive for *Chlamydia* or *Ureaplasma*. Stool culture: may be positive for *Shigella*, *Yersinia*, and others.
**Serology** ANA, rheumatoid factor negative. Rule out HIV infection.
**Dermatopathology** Spongiosis, vesiculation; later, psoriasiform epidermal hyperplasia, spongiform pustules, parakeratosis. Perivascular neutrophilic infiltrate in superficial dermis; edema.

## DIAGNOSIS AND DIFFERENTIAL DIAGNOSIS

Clinical findings: arthritis and skin lesions ruling out other spondylo- and reactive arthropathies: psoriasis vulgaris with psoriatic arthritis, disseminating gonococcal infection, SLE, ankylosing spondylitis, rheumatoid arthritis, gout, Behcet's disease.

## COURSE AND PROGNOSIS

Only 30% develop complete triad of arthritis, urethritis, conjunctivitis; 40% have only one manifestation, i.e., incomplete RS. Majority have self-limited course, with resolution in 3 to 12 months. RS may relapse over many years in 30%. Chronic deforming arthritis in 10 to 20%.

## MANAGEMENT

**Prior Infection** Role of antibiotic therapy unproven in altering course of postvenereal RS.
**Cutaneous Manifestations** Similar to management of psoriasis (see Section 3). Balanitis, low-potency glucocorticoids. Palmar/plantar: potent glucocorticoid preparations, which are more effective under plastic occlusion. Extensive or refractory disease: systemic retinoids (acitretin, 0.5 to 1 mg/kg body weight), phototherapy, and PUVA.
**Prevention of Articular Inflammation/Joint Deformity** Rest, nonsteroidal anti-inflammatory agents. Occasionally, phenylbutazone is indicated, methotrexate, acitretin. In HIV-infected individuals, highly active antiviral therapy may ameliorate RS.

## SARCOIDOSIS

Sarcoidosis is a chronic granulomatous inflammation affecting diverse organs, but it presents primarily as skin lesions, eye lesions, bilateral hilar lymphadenopathy, and pulmonary infiltration.

## EPIDEMIOLOGY

**Age of Onset** Under 40 years (range 12 to 70 years).
**Sex** Equal incidence in males and females.
**Race** All races. In the United States and South Africa, much more frequent in blacks. The disease occurs worldwide; frequent in Scandinavia.
**Other Factors** Etiology unknown. The disease can occur in families.

## HISTORY

Onset of lesions: days (presenting as acute erythema nodosum) or months (presenting as asymptomatic sarcoidal papules or plaques; skin or pulmonary infiltrate discovered on routine chest radiography). Constitutional symptoms such as fever, fatigue, weight loss, arrhythmia.

## PHYSICAL EXAMINATION

Skin Lesions
Brownish, purple infiltrated plaques that may be annular, polycyclic, serpiginous, and occur mainly on extremities, buttocks, and trunk (Fig. 14-49). Central clearing with slight atrophy may occur. Multiple scattered maculopapular papular lesions, 0.5 to 1 cm, yellowish brown or purple occur mainly on the face (Fig...



**FIGURE 14-49 Sarcoidosis: granulomatous lesions** *Multiple, circinate, confluent, firm, brownish-red, infiltrated plaques that show a tendency to resolve in the center. Thus, the annular appearance. The lesions are diascopy positive, i.e., an "apple-jelly" tan-pink color remains in lesions after compression with glass.*

and extremities. Occasionally, nodules, firm, purple or brown, may arise on the face, trunk, or extremities, particularly hands (Fig. 14-52); and diffuse, violaceous, soft doughy infiltrations may occur on the nose, cheeks, or earlobes (*lupus pernio*) (Fig. 14-51). Swelling of individual digits (Fig. 14-52). Sarcoidosis tends to infiltrate old scars, which then exhibit translucent purple-red or yellowish papules or nodules. *Note*: On blanching with glass slide, all cutaneous lesions of sarcoidosis reveal "apple jelly" yellowish brown color. On the scalp sarcoidosis may cause scarring alopecia.

**Systems Review** Enlarged parotids, pulmonary infiltrates, cardiac dyspnea, neuropathy, uveitis, kidney stones. In acute bilateral hilar sarcoidosis, particularly in young women, the first clinical manifestations of sarcoidosis may be erythema nodosum and arthritis. This combination is called *Löfgren syndrome*. The *Heerfordt syndrome* describes patients with fever, parotid enlargement, uveitis, and facial nerve palsy.

### LABORATORY EXAMINATIONS

**Dermatopathology** Large islands of epithelioid cells with a few giant cells and lymphocytes (so-called naked tubercles). Asteroid bodies in large histiocytes; occasionally fibrinoid necrosis.

Case 1:06-cv-01144-PLF    Document 14-8    Filed 06/21/2007    Page 2 of 7

**Skin Tests**   Intracutaneous tests for recall antigens usually but not always negative.
**Imaging**   Systemic involvement is verified radiologically by gallium scan and transbronchial, liver, or lymph node biopsy. In 90% of patients: hilar lymphadenopathy, pulmonary infiltrate. Cystic lesions in phalangeal bones (osteitis cystica).
**Blood Chemistry**   Increased level of serum angiotensin-converting enzyme, hypergammaglobulinemia, hypercalcemia.

## DIAGNOSIS

Tissue biopsy of skin or lymph nodes is the best criterion for diagnosis of sarcoidosis.

## MANAGEMENT

**Systemic Sarcoidosis**   Systemic glucocorticoids for active ocular disease, active pulmonary disease, cardiac arrhythmia, CNS involvement, or hypercalcemia.
**Cutaneous Sarcoidosis**   *Glucocorticoids Local:* intralesional triamcinolone, 3 mg/mL, effective for small lesions. *Systemic:* glucocorticoids for widespread or disfiguring involvement.
*Hydroxychloroquine* 100 mg bid for widespread or disfiguring lesions refractory to intralesional triamcinolone. Only sometimes effective.
*Methotrexate* Low-dose for widespread skin and systemic involvement. Not always effective.
*Anti-TNF-α Monoclonal Antibodies* Anecdotally effective.



**FIGURE 14-50   Sarcoidosis**   *Brownish-to-purple papules coalescing to irregular plaques, occurring on the face of this man who also had massive pulmonary involvement. Blanching with a glass slide reveals "apple-jelly" color in the lesions.*

SKIN SIGNS OF IMMUNE, AUTOIMMUNE, AND RHEUMATIC DISEASES                                      431



**FIGURE 14-51  Sarcoidosis**  *This is the classic appearance of "lupus pernio" with violaceous, doughy infiltrations on cheeks and nose, which is grossly enlarged.*



**FIGURE 14-52  Sarcoidosis**  *Papular brownish to violaceous lesions on the dorsa of a 40-year-old woman who also had pulmonary involvement. Note swelling of the fourth digit of the left hand and of the fifth digit of the right hand.*

## 'A Cross Between Asthma and Arthritis'

Fuzzy spots on LaVerne Cruel's lungs showed up 19 years ago on a routine chest X-ray. Doctors assumed it was tuberculosis, but she had no symptoms and—even more puzzling—her TB skin test came out negative. Then a biopsy of tissue from the lymph nodes under her left arm turned up an alternative explanation: sarcoidosis.

"When they first told me, I said, 'Sarco WHAT?'" Cruel recalled.

It wasn't until three years later, in 1977, that the first symptoms struck: nagging fatigue, aching joints and shortness of breath. She lost 10 pounds—which looked like a lot, since "I was already in a size 5."

Sarcoidosis was "like a cross between asthma and arthritis," she told friends. Doctors prescribed the steroid prednisone, which eased her symptoms and more than reversed her weight loss. ("I didn't like that part," she said.)

A few years ago, as her symptoms ebbed, Cruel decided to stop taking prednisone, but within months the listlessness and shortness of breath came back. "I'd lie down for a minute and hours would go by," she said. "I had no energy. I'd wash dishes and then sit down and I'd be out for hours."

Now she's back on a moderate every-other-day dose of prednisone and feels much better. She goes in for a lung test and checkup at the sarcoid clinic at D.C. General Hospital every three months.

The pain in her joints—knee, elbow, wrist, pinky finger—has subsided but could flare up at any time. Her energy revived, but she still feels some shortness of breath each time she returns to her fourth-floor walk-up in the District.

"As long as the medication is working, I feel fine," said Cruel, 45, an unemployed secretary. "But will I ever get off this? That's the big question. It might be a lifetime thing."

## A Sister's Mission

Because sarcoid is not a reportable disease—one that doctors must report automatically to public health authorities—accurate figures on its prevalence are hard to come by.

No part of the population is immune to sarcoid, but it tends to strike people between the ages of 20 and 40. In this country it is more common in women than in men, and much more common in blacks than in whites.

For every case of sarcoid that reaches the hospital, doctors estimate, there are 10 other undiscovered cases in the public at large.

"It's not transmissible. It's not reportable. It just doesn't get into our public health mainstream," said Hazel M. Swann, chief of TB control for the District. "But sarcoid is out there. People are dying of it. She was tired of watching the deadly effects of a disease that most of her friends and even some doctors had never heard of. She fired off a volley of angry letters—to doctors, hospitals, medical schools, the National Institutes of Health and officials all over town. One of the few who responded was Swann, the District's TB control chief. "In that letter there was pain," recalled

*See SARCOIDOSIS, Page 12*

sport group has 317 members, all but one of them diagnosed with the disease.

The one exception is the group's founder, District resident Liz Taylor.

For Taylor, sarcoidosis is a tale of two sisters. Her younger sister, Janet Robinson, died of the disease in 1990 at age 45, after it had ravaged her lungs. Her older sister, Vivian Gordon, was diagnosed in 1979 and has suffered nerve and muscle damage that mimicked multiple sclerosis. She had brain surgery at Johns Hopkins University Medical Center nearly 10 years ago, and although her sarcoid is now in remission, she has lingering weakness and walks with difficulty.

About five years ago, when Robinson was having trouble breathing on her own and Gordon was suffering from sarcoid's attack on her nervous system, Taylor decided to act.

---



LaVerne Cruel, who has had sarcoidosis for almost 20 years, examines chest X-rays with her doctor, Michael Richardson, at D.C. General Hospital.

## The Riddle of Sarcoidosis

out of a tiny piece of tissue to be studied under a microscope; breathing tests; measurement of an enzyme called ACE in the blood that can be a sarcoid "marker."

"It's a pattern you look for," said D.C. General's Richardson, citing the old fable of the blind man and the elephant. "Here's a large trunk, here's a thick leg, here's a rough skin—but you may not be able to put it all together and call it an elephant."

Which is why some sarcoid patients go for years without being diagnosed.

Patients with more severe cases are usually treated with high-dose steroids, taken orally. Results are mixed.

"It's very confusing," Richardson said. "People may do very well with it—or they may do very badly."

### Tough Course to Chart

Frequently it starts out "silent," so that a person with active sarcoidosis may have no symptoms and remain unaware of its danger. It can also mimic other diseases such as TB, lupus or lymphoma.

Once it appears, sarcoid turns into a chronic disease. It comes and goes. It moves around. It can go into remission, then flare up suddenly.

"It's an extremely variable disease," said Robert L. Hackney Jr., a retired lung specialist at Howard University Medical Center.

In most patients, the disease runs its course briefly and burns out with no disabling effect. But about one out of four patients is left with some permanent lung scarring. In others it can lead to disfiguring skin problems, blindness or nerve damage. A small percentage of severe cases, usually those not diagnosed promptly at a stage when treatment can keep symptoms under control, turn fatal.

A sarcoid patient with severe lung disease may have no eye damage whatsoever. Or vice versa. By the next checkup, the patient may discover that the sarcoid has found a new target, said Claude L. Cowan Jr., an ophthalmologist who treats sarcoid patients at Howard.

"The patient says, 'I'm doing better. My lungs are clear. So why are my eyes flaring up?' It's very hard for them to understand."

### Trigger Is a Mystery

Doctors call sarcoid an inflammation, not an infection, because no known organism—no microscopic "bug"—causes it.

Something—no one knows what—disrupts or alarms the immune system, which overreacts. Much like "hay fever" of the lungs, sarcoid is an inflammatory overreaction.

What the trigger—or triggers—might be remains a mystery. Unproven theories abound: pine pollen, spray deodorants and broken fluorescent light bulbs are among the possible culprits guessed at in the past, but none has panned out.

"It remains an enigma among physicians as well as patients," said Prashant K. Rohatgi, associate chief of the pulmonary section at the District's Veterans Affairs Medical Center, who has been treating patients with sarcoid for nearly 20 years. "We don't know what causes it, and there's a lot of disagreement about who to treat and how to treat them."

What makes sarcoid frustrating for both patient, diagnostician and researcher alike is that it can show up in so many different ways in so many different organs.

"Practically no organ is exempt from sarcoidosis," Sol Katz, professor emeritus at Georgetown and a renowned lung specialist, has written. "All physicians regardless of their specialty will encounter this disease."

Rohatgi said he tells his medical residents that if they know how sarcoidosis works, they know "20 percent of the medicine you need to know."

# The Little Red Spots Didn't Go Away

WASHINGTON POST HEALTH/APR



One late summer evening in 1984, Juanita Harmon finished washing the dishes and walked over to a neighbor's house to chat. She had on shorts and sandals, and after she got home she noticed little red welts on her legs.

Fleabites, maybe, or ticks, she figured. (Her neighbor had a dog.)

But the red spots didn't go away; they spread to her arms. A dermatologist cut out a tiny piece of inflamed skin from her arm, tested it and came back the next week with a strange-sounding diagnosis: sarcoidosis.

All Juanita Harmon remembers from that conversation with the doctor is that she had a disease with a scary name and no known cause or cure.

"I was sitting there stunned," she recalled. "How could I have caught such a thing. I went home and felt like the whole world had fallen on my shoulders."

She was 24, living with her mom, working part-time as a stacks attendant at the Library of Congress, studying computer programming.

She had no health insurance.

Although she tried to wish them away, her symptoms only worsened. Her eyes turned bloodshot. Climbing even one flight of stairs took her breath away, and one afternoon when she felt her lungs close down, she rushed to the Prince George's Hospital emergency room.

She stayed in the hospital eight days, as doctors tested her lungs, eyes and skin, trying to decide how best to treat her advancing sarcoid disease.

They ordered her to stop smoking and prescribed eyedrops and prednisone and sent her home.

The next three years were hellish. As a side effect of the prednisone, her weight ballooned from 125 to 167. And her skin still broke out. The little red welts turned into dark, leathery lesions on her arms and legs. They kind of looked like craters," she said.

Sometimes her skin would peel and burn, and the lesions became open sores.

## Then, almost as mysteriously as it had struck, Harmon's sarcoid went into remission.

"I was so ashamed of my body," she said, "I wore long-sleeved shirts and pants in the summer."

Then, almost as mysteriously as it had struck, Harmon's sarcoid went into remission.

She stopped taking prednisone. Her skin healed and she "found strength I never knew I had." It's no coincidence, she said, that around this time, she joined a church and "built a relationship with God."

In 1991, two sarcoid lesions appeared on her face, and she saw 2 dermatologist. She now takes an injection of the steroid Kenalog, an alternative to prednisone, every three months, which seems to have helped her regain control of...

The main treatment for sarcoid—besides watchful waiting—is the cortisone-like steroid drug prednisone, taken as a pill.

But prednisone is not so much the best sarcoid treatment as the *only* one, Richardson said. Steroids have many possible side effects, including mood swings, high blood pressure and weight gain.

Researchers are studying other drugs for possible use against sarcoid. These include methotrexate, a drug that helps suppress the immune system, and chloroquine, an anti-malaria medication.

Treatment of sarcoid with steroids works best when the disease is caught early. But even then, the success is mixed.

Doctors know that steroids such as prednisone often make sarcoid patients feel better and clear up their chest X-rays. "But we don't really know how well these corticosteroids work over a long time and whether they will have an impact on the outcome of the disease," Munzer said. "There are no good studies—and lots of controversy—on when to treat patients."

"With a bacterial infection, we give the patient an antibiotic and that's it," ophthalmologist Cowan said. "With sarcoid, we may say it's an inflammation—but we're not going to treat it yet. You can imagine the difficulty we get into by telling that to patients."

Scientists are studying patients with sarcoid in an effort to find "markers"—biological clues—that help predict which patients will go on to have serious symptoms of active disease and which will remain relatively unscathed by the disease. Without such markers, doctors have little to go on in trying to predict a given patient's course of disease.

"There is no way to tell who's going to do well and who is not," Howard's Hackney said

### Bizarre Geographic Pattern

For a long time, researchers guessed that sarcoid was either a TB-like bug or a somewhat less lethal form of TB. But no one has been able to prove that. No infectious agent for sarcoidosis has been found.

"The current feeling is that sarcoid is a turning on of the body's immune system," Richardson said. "It's the reaction of the immune system that we see."

Infection-fighting white blood cells called B lymphocytes and T lymphocytes get "revved up and start a process of inflammation that goes out of control."

"If tomorrow I found something"—Richardson threw his arms wide to emphasize the hypothetical nature of the thought—"say, that standing out in the rain for three days causes sarcoid—we'd have to prove that every single case of sarcoid had stood out in the rain for three days.

"Then," he added, "I would have to rename it raindrop disease."

The closest that specialists can come in pinning down sarcoid's cause is to say it is



Earl Kornegay was 31 and in the Navy in the Azores when gout-like symptoms struck.

JAMES A. PARCELL—THE WASHINGTON POST

## His Body Began to Send Odd Warnings

For Earl Kornegay, the trouble started three years ago while he was a radioman third class stationed in the mid-Atlantic at a naval air base in the Azore Islands.

He was 31, with no history of health problems and apparently in excellent health, but his body began to send him odd warnings, a motley assortment of symptoms that didn't seem to go together or make sense: piercing pain in the knees, occasional tightening in the chest, shortness of breath. His ankles ached.

The mile-and-a-half military training run had never caused Kornegay any problem before. Now he couldn't finish without walking to catch his breath. An overnight, his ankles ballooned.

"I woke up one morning and couldn't put my feet in my shoes," recalled Kornegay, who decided to check into the Air Force hospital. Even in the taxi on his way to the emergency room, he kept his shoes off.

Kornegay spent the next three weeks in the hospital, practically bedridden. Doctors thought he simply had gout. They elevated his legs to ease the swelling and pain, but "as soon as I stood up, my ankles swelled right up again."

In March 1990, his perplexed doctors decided to medevac Kornegay back to the States. Wrapped in blankets, he rode in the hold of a C-130 cargo plane—the aircraft used recently to drop food and supplies over Bosnia—from the Azores to Andrews Air Force Base. A shuttlebus took him to Bethesda Naval Medical Center.

"I still didn't have the slightest idea what I had," Kornegay said.

In nearly three months at Bethesda Naval, Kornegay went through "just about every medical test a man can take"—and yet his ailment remained a mystery. He couldn't stay on his feet for long without terrible pain in his ankles.

The first time Kornegay heard the word was when a doctor told him he might have "this illness called sarcoidosis." Laboratory tests on a piece of lymph tissue snipped from near his throat clinched the diagnosis. He was put on a heavy dose of the steroid prednisone, the main treatment for sarcoid, which brought almost immediate relief from the ankle swelling.

It also brought side effects, including nosebleeds, weight gain and stomach cramps. Kornegay's dose has been tapered to reduce those side effects.

Over the past three years, the sarcoid inflammation has moved around in his body: yellow patches in his right eye, scarring in his lungs, pain in the bones of his legs and back. He still takes prednisone and gets a chest X-ray and breathing test every six months. He also takes nonprescription ibuprofen to blunt the edge of his back pain.

"I'm okay—I've learned to expect these different pains," said Kornegay, who works as a records technician at Bethesda Naval. "I deal with it day by day."

— Don Colburn

## Where to Go For Information

Here are some places to turn to for help or for more information on sarcoidosis:

- D.C. Lung Association. The association runs a support group that meets monthly for patients with sarcoidosis and their families. (202) 682-5864.
- D.C. General Hospital Sarcoid Clinic, every Thursday morning. (202) 675-7988.
- District Veterans Affairs Medical Center pulmonary department clinic. (202) 745-8117.
- National Heart, Lung and Blood Institute. For a copy of a 24-page pamphlet on "Sarcoidosis," write NHLBI Information Center, P.O. Box 30105, Bethesda, Md. 20824-0105.

WASHINGTON POST HEALTH/APRIL 13, 1993

SARCOIDOSIS, From Page 11

Swann. "There was a person crying out for help."

Swann put Taylor in touch with the D.C. Lung Association, and together they have organized a support group and cajoled and mobilized the medical community into giving sarcoidosis more attention. Pulmonary specialist Richardson credits Taylor's energy as a key factor in the opening of the sarcoid clinic at D.C. General.

### Misdiagnosed TB

Back in 1943, when D.C. General Hospital was still known as Gallinger Municipal and set aside 250 beds specifically for TB patients, Sol Katz was a young medical resident, training on the pulmonary service. One of his patients was a 19-year-old girl with severe disease in both lungs. Diagnosed with advanced TB, she had been sent to the Glenn Dale, Md., TB sanitarium.

Now she was dying.

"She was going downhill fast and was transferred to [the hospital]," recalled Katz, now a semi-retired professor of medicine and pulmonary specialist at Georgetown.

But there was something terribly strange about the girl's case. Tests on the sputum she coughed up from her supposedly TB-infected lungs always came out negative.

She had TB—but she didn't.

After studying her case, Katz guessed that she might have an obscure disease that he had read about but never seen. He tried more tests.

She turned out to be the first patient Katz ever diagnosed with sarcoidosis. By then, she was in heart failure and could not be treated, and she died on her 18th day in the hospital.

Not long after that, Katz decided to do what no physician he knew of ever did: walk up the hill behind Gallinger Hospital toward 19th and C streets, to the cluster of white wooden cabins where patients with severe TB were sent to die.

"I was curious," he recalled. "No doctors went up there." Nurses had standing orders to give those patients food and cough medicine and painkillers and to make them as comfortable as they could until they died, he said.

What Katz found astonished him. Patients who had been diagnosed with acute widespread untreatable miliary TB—a form of TB that was invariably fatal within a months—had no such thing.

"They looked fine, they felt fine, drank their whiskey PRN [medical prescription code for 'as needed']," Katz said. "I had been there in some cases for five years.

"I said to myself, 'Something's wrong here.'"

What was wrong, Katz found on further testing, was that they had sarcoidosis rather than TB. Some of them recovered fully. He wrote up their cases, along with that of the 19-year-old, in the Sept. 23, 1943, issue of the New England Journal of Medicine. It was one of the earliest detailed clinical reports of sarcoidosis in the United States.

"Sarcoid was almost unheard of," said Katz, who graduated from Georgetown School of Medicine in 1939. "In medical school, you heard nothing about sarcoid or maybe just a line."

Reading over his journal article nearly 50 years after it was published, Katz is struck by how out-of-date it seems. "As I re[ad] these case reports, I realize how primitive we were.

"But then, in 10 years, we'll realize how primitive we are now."