IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM A. MACK )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>WP COMPANY LLC, INC., dba )<br>THE WASHINGTON POST )<br>)<br>    Defendant. ) | CA 06-1144 (PLF) |

ORDER

UPON CONSIDERATION of the Motion for Summary Judgment filed by Defendant and the Opposition filed by Plaintiff, it is hereby

ORDERED that the Motion for Summary Judgment is hereby Denied.

ENTERED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE